Shannon Carter
Name
P.O. Box 650
Indian Springs, NV. 89070
#70773
Prison Number

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

           SEP 28 2018

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

"Amended"/Supplemental Complaint

Shannon Carter,
                    Plaintiff,

vs.

S. Bean (1)        (HDSP dentist Ass)
Dr. Bitar (2)      (HDSP dentist)
J. Nash (3)        (A.W.O. HDSP)
James Dzurenda (4) (NDOC Director)
B. Williams (5)    (HDSP Warden)
Romeo Aranas (6)   (NDOC medical Director)
Buencamino (7)     (Medical Personnel)
L. Stewart (Grievance Coordinator) (8) Defendant(s).
Jerry Howell (Grievance Coordinator) (9)
(NDOC) municipal (10)
(NDOC) municipal medical provider (11)
John Doe Dental Insurance company (12)

(12) Defendants

Jury Demand

CASE NO. 2:17-CV-01628-RFB-GWF
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Shannon Carter,
                                                                      (Print Plaintiff's name)

who presently resides at High Desert State Prison, were

violated by the actions of the below named individuals which were directed against

Plaintiff at High Desert State Prison Indian Springs NV on the following dates
          (institution/city where violation occurred)

  Feb. 2 2017   , Still going have'nt been treated health declining
  (Count I)         (Count II)                   , and              .
                                                  (Count III)

Revised 10-7-16

**Make a copy of this page to provide the below information if you are naming more than five (5) defendants**

2) Defendant __Scherrie Bean__ resides at __High Desert State Prison__,
(full name of first defendant)  (address if first defendant)
and is employed as __Dental assistant__. This defendant is sued in his/her
(defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __Violated Plaintiff 14th & 8th amendment Rights and 1st amendment Right as stated in following Complaint__

3) Defendant __Dr. Bitar__ resides at __High Desert State Prison__,
(full name of first defendant)  (address if first defendant)
and is employed as __Dentist At (H.D.S.P)__. This defendant is sued in his/her
(defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __Violated Plaintiff 1st 14th and 8th amendment Right as stated in following Complaint__

4) Defendant __Jennifer Nash__ resides at __High Desert State Prison__,
(full name of first defendant)  (address if first defendant)
and is employed as __Ass. Warden (HDSP)__. This defendant is sued in his/her
(defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __Violated Plaintiff 1st 14th and 8th amendment Right as stated in following Complaint__

5) Defendant __James Dzurenda__ resides at __5500 Snyder Rd. Carson City__,
(full name of first defendant)  (address if first defendant)
and is employed as __NDOC Director__. This defendant is sued in his/her
(defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __Violated Plaintiffs 8th and 14th amendment Rights__

2

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant __B. Williams__ resides at __High Desert State Prison__.
   (full name of first defendant)    (address if first defendant)
   and is employed as __HDSP Worden__. This defendant is sued in his/her
   (defendant's position and title, if any)
   _X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: __Violated my 8th and 14th amendment Rights__

3) Defendant __Romeo Aranas__ resides at __Carson City__,
   (full name of first defendant)    (address if first defendant)
   and is employed as __NDOC Medical Director__. This defendant is sued in his/her
   (defendant's position and title, if any)
   _X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: ~~[scribbled]~~ __Violated my 8th and 14th amendment__

4) Defendant __Buencamino__ resides at __High Desert State Prison__,
   (full name of first defendant)    (address if first defendant)
   and is employed as __Medical Personnal__. This defendant is sued in his/her
   (defendant's position and title, if any)
   _X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: __Violated my 8th and 14th amendment Rights__

5) Defendant __L. Stewart__ resides at __High Desert State Prison__,
   (full name of first defendant)    (address if first defendant)
   and is employed as __Grievance Coordinator__. This defendant is sued in his/her
   (defendant's position and title, if any)
   _X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: __Violated my 8th and 14th amendment Rights__

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant __Jerry Howell__ resides at __High Desert State Prison__,
   (full name of first defendant)            (address if first defendant)
   and is employed as ~~Asso. Warden~~ Asso Worden. This defendant is sued in his/her
                        (defendant's position and title, if any)
   __X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting
   under color of law: __8th and 14th Violated__

3) Defendant __NDOC municipal__ resides at __High Desert State Prison__,
   (full name of first defendant)            (address if first defendant)
   and is employed as __municipal__. This defendant is sued in his/her
                        (defendant's position and title, if any)
   __X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting
   under color of law: __8th and 14th amendment Violations__

4) Defendant __NDOC medical provider Municipal__ resides at __High Desert State Prison__,
   (full name of first defendant)            (address if first defendant)
   and is employed as __Municipal medical__. This defendant is sued in his/her
                        (defendant's position and title, if any)
   __X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting
   under color of law: __Violated 8th/14th amendment Rights__

5) Defendant __John Doe Dental Insurance Company__ resides at __N/A__,
   (full name of first defendant)            (address if first defendant)
   and is employed as __Insurance Company__. This defendant is sued in his/her
                        (defendant's position and title, if any)
   __X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting
   under color of law: __Violated my 8th and 14th amendment Rights__

-4-

6) Defendant _____ resides at _____,
       (full name of first defendant)                    (address if first defendant)
   and is employed as _____ . This defendant is sued in his/her
              (defendant's position and title, if any)
   ___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____
   _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

   _____
   _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

I was Placed on High Desert State Prison, here and after (HDSP) Dental Sick call list by Dr. Manoppit for follow-up care to be treated for infected chipping tooth that had been left in my mouth for almost a year Pertaining to case NU# A-16-747779-C Civil Suit at that time I was denied medical treatment by defendant S. Bean and Dr. Bitar I was told I would not be treated till I drop my law suit and sent back to my unit still in excruciating Pain after several weeks of still not being treated I filed a grievance informing Nevada Department of Corrections, here and after (NDOC) of the on going constitutional Violation and my decreasing health do to that Violation my grievance was then improperly rejected as untimely and the medical issue/complaint was never forwarded to medical by defendant J. Nash resulting in over a year and 1/2 of Retaliation of denining medical treatment to Plaintiffs known infected teeth leaving Plaintiff in excruciating Pain in which Plaintiff attempted Suicide twice. Thus the following complaint

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

-5-

1. On February 1, 2017 Plaintiff was escorted from unit 8%D to medical at Highdesert State Prison here and after, (HDSP).

2. Due Solely to Defendant Ronrico Manoapit, here and after, Dr. manoapit Placeing Plaintiff on dental sick call list to be treated for Scheduled follow-up care treatment.

3. The Scheduled treatment was Pertaing Specificly, to cavity inffected teeth left in Plaintiffs mouth for almost A year.

4. During that year span Plaintiff informed dental of Bleeding gums, chiping tooth, unable to sleep, eat, excruciating Pain EX... Via (5X) medical Kites, (3X) Grievances and (1) 1983 civil complaint see. Attachment (A) Amended Opposition Exhibit #3 also see. Attachment (B) Grievance.

5. "AFFIRMATIVELY" informing dental of Plaintiffs need and wont of treatment!

6. Upon arrival to medical on 2/1/17 Defendant Doctor Paul Bitar, here and after, Dr. Bitar asked Plaintiff why he was there, before Plaintiff could answer Defendant Scherrie Bean stated; "Thats the cry baby who filed a law suit on me".

7. Dr. Bitar then stated "we dont treat inmates that try to file law suits on us."

8. Plaintiff then informed Dr. Bitar he was in alot of Pain and having a hard time sleeping, stressed out, weight loss, unable to eat, bleeding gums, swolling Jaw and Chiping tooth, and had been like this for months.

9. Scherrie Bean, here and after, S. Bean then stated her husband was a L.T. at (HDSP) and Plaintiff didnt know what Pain was yet!

10. Plaintiff then informed Dr. Bitar that Defendant Dr. manoapit treated Plaintiff and knows Plaintiff has enffected teeth that warrant treatment.

11. Dr. Bitar stated, "he knows, he seen Plaintiffs Dental Chart".

12. Plaintiff then asked Dr. Bitar, "are you going to treat me are not"?

13. Dr. Bitar stated, "are you going to drop your law suit or not"?

14. Plaintiff stated, "No"!

15. Dr Bitar stated, "Then No I am not treating you."

16. S. Bean then stated, "Go back to your unit when you cant take the pain you'll be back"!

17. I was then escorted out of medical

18. After Several weeks of excruciating Pain and informing staff c/o's, medical sick call nures, teachers and anyone who would listen.

19. I was given advise to file (1) more Grievance That maybe I would finly get some help.

20. Although I was scared Due to the statements made and actions by defendants S. Bean and Dr. Bitar on 2/1/17.

21. On April 6 2017 I submitted a grievance informing HDSP/NDOC of the denial of medical and retaliatory actions on February 1, 2017 by S. Bean and Dr. Bitar

22. Specificly, informing HDSP/NDOC That I was being denied medical and Retaliated against for a on going and continuos constitutional Violation inwhich, I was still to that day had not been treated for and was still very much in Pain from I.E. lost of Sleep, High Blood pressure, weight lost, white blisters, swoll Jaw and Chipping tooth See. Attachment (C) Grievance Second Grievance

23. On 4/19/17 Defendant J. Nash, here and after, Nash issued a Doc-3098 improperly rejecting Plaintiffs grievance as untimely dispite it being a clear on going Violation as seen in Attachment (C)

24. The ongoing Violation was clearly Supported by Plaintiffs earlyer Grievance #20063023297 see Attachment (B) First Grievance

25. Further Supported by "Notice" the NDOC computer System that Still to this day states Plaintiff has dental needs and also Plaintiffs medical records See Attachment (A) Exhibit #1 Dental Chart.

26. Although Plaintiff stated the retaliatory actions of denial of medical treatment was still an issue, that Plaintiff was still in excruciating Pain and warranted treatment.

27. Nash Never forwared Plaintiffs medical complaint to medical.

28. Informal grievances addressing dental issues should be responded to by charge nurse in institution see Attachment (D) Page (5 of 14) A.R. 740.05 (E)

29. Health complaints are to be answered by medical to determine weather are not inmates need immediate medical attention. See, Attachment (E) A.R. 613

30. Nash improper rejection of Plaintiffs grievance of a clear on going constitutional Violation as untimely "DENIED" Plaintiff the grievance System.

31. What can not be hindsighted in the instant case is although the retaliation by defendants S. Bean and Dr. Bitar initiated on Feburary 1 2017 on 4/6/17 when Plaintiff filed his grievance the Retaliation was still Very much occurring at that time Plaintiff had still not been treated as stated in the grievance see Attachment (C)

32. The improper rejection by Nash left Plaintiff with no other means of "EXHAUSTION"

33. The failure of Nash to forward Plaintiffs medical complaint to medical dispite (NDOC) Polices and Procedures inwhich requires such actions denied Plaintiff the means to recieve medical treatment due to the retaliatory actions of the defendants further, ▓▓▓▓ "DENINING" Plaintiff any other means to "EXHAUST".

34. Ultimately leaving Plaintiff with no other options to address theses Constitutional Violations

35. Thus, the Plaintiff filed the instant complaint in hopes of recieving all entitled relief in the intrest of Justice

-7-

36. Thereafter, Plaintiff filed a TRO & Peliminary Injunction in the Civil Complaint stated in Paragraph (4) of this Complaint.

37. Pertaining Specificly, to the Deliberate and Indifferent actions of HDSP dental failing and or delaying to treat the Same infected teeth

38. The defendants ultimately filed a oppossition. see Attachment (A)

39. A "TRO" hearing was held in state court Dr. Bitar testified Plaintiff was at medical on 2/1/17 but Dr. Bitar could not find Plaintiffs dental chart.

40. Dr. Bitar Further Testified Plaintiff only wanted names for a Civil complaint and did not want medical attention.

41. Ultimately, Dr. Bitar Testified he sent Plaintiff back to his unit without treatment and without having Plaintiff sign a Refusal form Doc-2523

42. HDSP dose not have a medical open door Policy were inmates can simply walk up to medical and be treated.

43. Inmates can only bee Placed on dental list by (1) requesting treatment or (2) scheduled for recommended treatement

44. either way dental are to one evaluate and treat inmates place on dental list are have them sign a refusal Release of liability see Attachment (F) Doc-2523 Form Refusal

45. State Court did not understand HDSP/NDOC Polices and Procedure Stated they where incline to believe the dental, Dr. Bitar that Plaintiff Never requested treatment on 2/1/17 and that now HDSP/NDOC are aware of Plaintiffs need that once back at HDSP I would be treated.

46. District court then Denied Plaintiffs TRO & Civil complaint

47. HDSP/NDOC Then take Plaintiff back to Prison to finish there "Malicious and Sadistic" mental and Physical torture of denying Plaintiff dental care dispite Knowing (1) Plaintiff has a serious medical need (2) Is in excruciating Pain (3) requesting treatment (4) tooth rottening and Chipping in Plaintiffs mouth.

48. This was 7/13/17 on 7-16-17 Informed HDSP warden Personnaly he informed me I would be contacted and scheduled an appt by dental see Attachment (G) Kite to Defendant B. williams

49. Plaintiff Seen warden B. Williams a few weeks later on the yard and told him Plaintiff has not been seen yet.

50. The warden stated you must have realy pissed them off and walked away

-8-

51. The defendants in the instant case are stating there not aware Plaintiff needs treatment nor, has Plaintiff requested treatment

52. All defendants are and were aware of Plaintiff Pain and want and need for treatment while before 2/1/17 and while after.

53. Defendant S. Bean was served with a Summons and Complaint on 1/31/17 day befor my scheduled Follow-up care appt on 2/1/17 in which her and Dr Bitar Claim they didnt know why I was there. See Attachment (H)

54. Defendant ~~[redacted]~~ Dr mangapit and S. Bean were served again on 4/7/17 with amended Summons and Complaint informing them of want and need of treatment see Attachment (I)

55. Defendant James Dzurenda NDOC Director was made aware served Summons and complaint on 4/21/17 See Attachment (J)

56. Defendant Dr. Bitar Stated Plaintiff never ask for treatment on 2/1/17 filed declaration on June 27th 2017 to Plaintiffs "TRO" Requesting treatment yet still refusal to call Plaintiff to dental to be treated See Attachment (K)

57. Even if Dr. Bitar storie was true that he couldn't find Plaintiff medical chart once Dr. Bitar did find Plaintiff chart he should have Scheduled Plaintiff for follow-up care again to either be treated or sign a refusal.

58. All named Defendant in this complaint are aware HDSP dental program is operating under staffed to treat HDSP inmate population of over 3,000 inmates with only (2) dental chairs and out dated dental equiment

59. Plaintiff has attempted suicide (2) times seen 2/1/17 by takeing large amounts of Pain Pills due to the excruiating Pain.

60. All named defendant and there agencys in this complaint new (1) Plaintiff had been and still is requesting to be treated while before 2/1/17 and while after 2/1/17 (2) Plaintiff was Scheduled and Placed on dental sick call to be treated for follow-up care on 2/1/17 and was deprived of treatment (3) Plaintiff filed a Grievance based solely on the retaliatory deprivation of treatment on 2/1/17 Do to this on going Violaton and was then denied the Grievence Process further denied medical by never forwarding Plaintiff complaint to medical Yet Plaintiff has still not Been treated today is 9/16/18 it is in the intrest of Justice this court intervin.

## CLAIMS FOR RELIEF.
### Count. 1
Plaintiff was Subjected to cruel and unusual Punishment in Violation of The Eight Amendment To the U.S. Constitution Deliberate and Indifferent to Plaintiffs Serious medical needs

61. Plaintiff incorporates paragraphs (1) through (17) as though they were stated fully herein.

-9-

62. Defendants S. Bean and Dr. Bitar violated Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment by the failure/refusal to treat Plaintiff on 2/1/17 dispite the recommeded treatment of follow-up care ordered by defendant Dr mangapit Delaying and intentionally interffering with perscribed medical treatment done "maliciously" and "sadistically" constituting cruel and unusual punishment in violation of the U.S. Constitution.

63. Plaintiff incorparates paragraphs (21) through (33) as though they were stated fully herein.

64. Defendant J. Nash violated Plaintiffs Eighth Amendment right to be free from cruel and unusual punishment, after being informed of the "Retaliation" on 2/1/17 of deprivation of medical treatment inwhich Plaintiff was still suffering from "Maliciously" and "Sadistically" improperly rejecting and not forwarding Plaintiffs medical complaint to medical dispite Police and Procedure requiring it. Subjecting Plaintiff to unnecessary and wanton infliction of Pain in Violation of the U.S. Constitution.

65. Plaintiff incorparates paragraphs (36) through (55) as though they were stated fully herein.

66. Defendant James Dzurenda was Deliberate and Indifferent to Plaintiffs serious medical needs after being served with a Summons and Complaint on 4/21/17 informing him that Plaintiff had a Painful infected tooth that needed treatment. Then again after Plaintiffs (RO) hearing James Dzurenda new of the "Retaliation" and deprivation of medical treatment on 2/1/17 "Yet" still choose not to ensure Plaintiff was treated timely and appropriately as required as part of his Job Dutyies as NDOC Director Subjecting Plaintiff to unnecessary wanton infliction of Pain in Violation of the U.S. Constituton

67. Plaintiff incorparates paragraphs (47) through (52) as though they were stated fully herein.

68. Defendant B. Williams was Deliberate and Indifferent to Plaintiffs serious medical needs by knowing Plaintiff had a Painful infected tooth needed treatment on multiple accounts over the last 2½ years of Plaintiff requesting dental treatment Yet chose to do nothing to ensure Plaintiffs dental needs were addressed Subjecting Plaintiff to unnecessary wanton infliction of Pain

69. Plaintiff incorparates paragraphs (2) through (54) as though they were stated fully herein.

70. Defendant Dr. Mangapit was Deliberate and Indifferent to Plaintiffs serious medical needs, after knowing Plaintiff had not been treated for the perscribed treatment follow-up care on 2/1/17 and was still requesting treatment to his painful infected tooth by not placing Plaintiff back on follow-up to be treated and/or counseled on why treatment was recommend and/or I sign a refusal to ensure no treatment was Plaintiff true wishies. Subjecting Plaintiff to unnecessary wanton inflicton of Pain

71. Plaintiff incorparates paragraphs (1) through (60) as though they were stated fully herein.

72. Defendants Romeo Aranas and Buencamino was Deliberate and Indifferent to my serious medical need as "Medical Administration" and Grievance Responders with full knowledge of Plaintiff Painful infected tooth that needed treatment "Yet didnt treat" Subjecting Plaintiff to unnecessary wanton infliction of Pain Didnt ensure Plaintiff was treated

73. Plaintiff incorparates paragraphs (1) through (60) as though they were stated fully herein.

-10-

74. Defendants L. Stewart and Jerry Howell was Deliberate and Indifferent to Plaintiffs Serious medical needs by knowing Plaintiff had a Painful infected tooth which warranted treatment as the grievance coordinators and was not recieving needed treatment and by knowing HDSP dental Program was working with "out dated equipment" and under staffed to provide adequate dental to Plaintiff and the 3,500 Plus inmates at HDSP and doing nothing about it Subjected Plaintiff to unnecessary wanton infliction of Pain.

75. Plaintiff incorporates paragraphs (1) through (60) as though they were stated fully herein.

76. Defendants (NDOC) municipal and (NDOC) municipal medical Provider was Deliberate and Indifferent to Plaintiffs Serious medical needs by Implementing enforcing and ratifing "customs" and Polices in which allows inmates with Known Serious medical needs to go months and years without treatment Subject them to cruel and unusual punishment and unnecessary wanton infliction of Pain moreover, Police and Customs in which allow HDSP dental to operate under staffed with out dated equipment in which was the direct moving force of Plaintiffs constitutional Violation I.E. Grievance Responses, failure to use Refusal forms ex...

77. Plaintiff incorporates paragraphs (1) through (60) as though they were stated fully herein.

78. Defendant Dental Insurance company, was Deliberate and Indifferent to Plaintiffs Serious medical needs knowing HDSP Dental program was not equipt to Provided adequate dental treatment to Plaintiff and the (3,060 Plues) inmates housed at HDSP with out dated equipment, under staffed and (2) dental chairs further know Plaintiff had infected Painful tooth that warranted treatment and was not being treated by dental, Dental Insurance company further Supported Implemented enforced and ratified customs and Polices of HDSP Dental program in which Subject inmates with Know Serious medical need to long delays and denial of treatment All while Providing dental Insurance was the direct moving force of Plaintiff constitutional violations

### COUNT. 2
### Plaintiff was denied Due Process under the fourteenth Amendment to the Constitution

79. Plaintiff incorporates paragraphs (1) through (60) as though they were stated fully herein.

80. Defendants S. Bean, Dr. Bitar and Dr. mongant Violated Plaintiffs' 14th amendment rights To Due Process with the failure and/or refusal to treat Plaintiff for recommended follow-up Care Pertaining to infected teeth left in Plaintiffs mouth for years in which Plaintiff has been requesting treatment

81. Plaintiff incorporates paragraphs (1) through (60) as though they were stated fully herein.

82. Defendant James Dzurenda, B. William, Romeo Aranas, Buencamino, L. Stewart, Jerry Howell, J. Nash NDOC municipal, NDOC municipal medical Provider and Dental Insurance company Violated Plaintiffs 14th amendment right to Due Process by know plaintiff had infected tooth that needed treatment was in positions to ensure plaintiff was treated "Yet" Chocies to do nothing Violalated Plaintiff due Process right to recieve adequate medical treatment and recommended care.

### Count. 3
### Plaintiff was Subjected to Violation of his 14th amendment rights of Equal Protection of the Law as Guaranteed by the U.S. Constitution

83. Plaintiff incorporates paragraphs (1) through (60) as though they were stated fully herein.

84. Defendants S. Bean and Dr. Biter Violated Plaintiffs 14th amendment Rights to Equal Protection of the law by intentionaly delaying denining and refusing Plaintiff medical treatment to perscribed recommended follow-up care on 2/1/17 "irrationally" and wholly arbitrarly motivated by "ill will" resulting from Previous Kites, Grievances and 1983 Civil complaints motivated Solely by Spiteful efforts to deprive plaintiff of perscribed medical treatment for reasons wholly unrelated to any legitimate State objective as a class of one

85. Plaintiff incorporates paragraphs (1) through (60) as though they were stated fully herein.

86. Defendants James Dzurenda, B. Williams, J. Nash, Romeo Aranas, Buencamino, L. Stewart, Jerry Howell, (N.D.O.C.) Municipal, (N.D.O.C.) municipal Medical Provider and John Doe Dental Insurance company Violated Plaintiffs 14th amendment rights to Equal Protection of the law by Implementing, enforcing, ratifing and "Affirmatively" Supporting Customs and Polices I.E. of Allowing HDSP dental program to not issue DOC-2523 refusual forms to inmates scheduled for treatment and not treated, Allow medical to deny Grievances that clearly require action, Allowing dental to have a 60 day minimum wait to evaluate inmates with Painful conditions, Allow dental to run understaffed without dated equiepment, Allow dental to have months and years delay of treatment of known dental needs of inmates, Allowing NDOC Non-medical Staff to Answer medical complaints ex.... inwhich arbitrary Governmental actions were imposed on Plaintiff of intentionally delaying denining and refusing Plaintiff medical treatment to perscribed recommended follow-up care on 2/1/17 "irrationally" and wholly arbitrarly motivated by "ill will" resulting from Previous Kites, Grievances and 1983 Civil complaints motivated Solely by Spiteful efforts to deprive Plaintiff of perscribed medical treatment for reasons wholly unrelated to any legitimate state "objective" as a class of one inwhich was the direct moving force of Plaintiffs constitutional Violations

## COUNT. 4

87. Plaintiff incorparate paragraphs (1) through (17) as though they were stated fully herein.

88. Defendants S. Bean and Dr. Biter Violated Plaintiffs first amendment Rights to be free from Retaliation by failing to treat plaintiff perscribed follow-up care on 2/1/17 due to not droping Plaintiffs lawsuit.

## PRAYER FOR RELIEF.

WHEREFORE, Plaintiff respectfully prays that this Court:

A. Declare that the acts and omissions described herein Violated Plaintiffs rights under the Constitution and laws of the United States;

B. Order Defendants to pay Punitive and compensatory damages for Physical Injury

C. Order Defendants to pay Separately and in addition compensatory Damages for the mental and emotional distress for the "Extraordinary" unnecessary wanton infliction of Pain from the denial of medical treatment to infected teeth for over 2½ years

D. Grant Injunctive relief Parmenant Injunction requiring HDSP Dental program to only operate with up to date dental equipment and appropriate number of staff to provided adequate medical treatment to 3,500 inmate population of HDSP with a system put in place to see inmates with dental need before 60 days to be evaluated by dental.

E. Grant other just and equitable relief that this Honorable court deems necessary.

Respectfuly Submitted,

*Shannon Carter*

Shannon Carter # 70773
P.O. Box 650
Indian Springs N.V. 89070

Dated: September _____ 2018

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September _____ 2018