# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

SHANON CARTER,

    Plaintiff,

  v.

S. BEAN, *et al.*,

    Defendants.

Case No. 2:17-cv-01628-RFB-GWF

**ORDER TO PRODUCE SHANON CARTER, #70773**

TO: MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: BRIAN E. WILLIAMS, SR., WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **SHANON CARTER, #70773,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **SHANON CARTER, #70773,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Wednesday, October 10, 2018, at the hour of 11:45 a.m., to attend the closing argument to the bench trial in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **SHANON CARTER,**

**#70773,** is released and discharged by the said Court; and that the said **SHANON CARTER, #70773,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 28th day of September, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**