Shannon Carter # 70773
P.O. Box 650
Indian Springs N.V. 89070
Pro-se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Shannon Carter,
    Plaintiff

Vs.

S. Bean et al...,
    Defendants

Case No. 2:17-CV-01628-RFB-GWF

MOTION FOR SUMMARY JUDGMENT
(PARTIAL)

Pursuant to Rule 56, Fed. R. Civ. P., Plaintiff, Shannon Carter, requests this court to grant him Summary Judgment as to the liability of defendants S. Bean and all named defendants in the instant civil case for damages for denial and delay, Deliberate and Indifferent to Plaintiffs Serious medical needs I.E. infected tooth. In Violation of the 8th amendment to the U.S. Constitution.

The reasons therefor are set forth in the Plaintiff's declaration and brief in support of this motion.

Dated this 1st day of October, 2018

Respectfuly Submitted,
Shannon Carter
Shannon Carter # 70773
PO Box 650
Indian Springs NV 89070

Shannon Carter #1077713
P.O. Box 650
Indian Springs, N.V. 89070

Pass Slip No. 1658553

Clerk, U.S. District court
District of Nevada
Lloyd D. GEORGE U.S. courthouse
333 Las Vegas BLVD. So.-Rm
Las Vegas, NV. 89101

US POSTAGE
Hasler
10/02/2018