FILED          RECEIVED
ENTERED        SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

Shannon Carter # 70773
P.O.Box 650
Indian Springs N.V. 89070

Pro-Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Shannon Carter,                    Case № 2:17-CV-01628-RFB-GWF
                 Plaintiff
                                    DECLARATION IN SUPPORT OF PLAINTIFF'S

Vs.                                MOTION FOR SUMMARY JUDGMENT

                                        (PARTIAL)

S. Bean et al....,

                 Defendants


        Shannon Carter, states

        1. I am the Plaintiff in this case. The Complaint alleges Deliberate
and Indifferents to Plaintiffs Serious medical needs by delaying, denying
and directly interferring with perscribed treatment on 2/1/17 by directly
denying Plaintiff medical treatment by defendants S. Bean and Dr.
Bitar and by supporting, Implementing, enforcing and ratifing arbitrary
"Customs" and Polices inwhich allows such acts by the remaining defendants
Resulting in denial of medical treatment and Plaintiff being subjected, to
"UNNECESSARY WANTON INFLICTION OF PAIN" in Violation of Plaintiffs
8th amendment Rights to the U.S. Constitution. I Submit this declaration
In support of My motion for partial Summary Judgment on my Claim of
Deliberate and Indifferent to Plaintiffs Serious medical needs (I have
not moved for Summary Judgment on remaining Claims Due to Plaintiff is Pro-Se
First time filing Summary Judgment motion believes there may be material
factual disputes concerning them.)

2. I am an inmate at High Desert State Prison herein, (H.D.S.P.) on 2/1/17 I was placed on dental sick call list for Scheduled follow-up treatment Pertaining to infected teeth left in Plaintiffs mouth for around 10 months at that time, perscribed by defendant Dr. Mangapit see. Attachment (A) OPPOSITION TO (TRO) EXHIBIT (2) Defendant Scherrie Beans Declaration Paragraphs (7) through (11)

3. on 2/1/17 Plaintiff was scorted to medical as stated in Plaintiffs "Verified" Complaint and was told to Drop his law suit against the defendants are he would not be treated by defendants S. Bean and Dr. Bitar see. "Verified" Amended complaint on file.

4. The law Suit in question was case Nº. A-16-747779-C filed a month are so before Plaintiffs Perscribed Scheduled treatment on 2/1/17 Pertaining Specificly to the Deliberate and Indifferent actions of (H.D.S.P.) dental program Delaying and refusing treatment to Known infected teeth see. Case Nº. A-16-747779-C also Attachment (A) opposition to (TRO)

5. Ultimately Plaintiff was not treated on 2/1/17 or Any time after for that matter dispite the defendants knowing (1) Plaintiff had a Serious medical need in which warranted treatment (2) They had fail, delayed, interffered and refued to treat Said Serious medical need.
(3) Plaintiff had Suffered and Still to this day is Suffering from Actual Injury Due Solely to delay and refusual of medical treatment by (H.D.S.P.) Dental program See Attachment (A) and (B) TRO OPP. and Grievences

6. There after Plaintiff filed a Grievance informing NDOC/HDSP of the Retaliation and Refusual of medical treatment to a on going and continuenny Violation of denial of medical along with the Excruciating Pain Plaintiff was still in. See Attachment (C) Improper Grievance memo

7. HDSP/NDOC then improperly rejected Plaintiffs Grievance and Never forwarded it to ███████ medical nor, Placed Plaintiff on dental Sick call list to be treated.

8. Plaintiff then filed a TRO in case A-16-747779-C Informing the courts and again the defendants of his want and need of medical treatment see. Attachment (D) TRO memorandum and Rest of TRO on File

9. A TRO hearing was held defendant Dr. Bitar testified Plaintiff was at dental on 2/1/17 but was not treated stating Plaintiff said he had already been treated and only wanted names for his law suit. See. TRO Hearing trans. on File Plaintiff has requested theses records from district court to No. Avail

10 At the hearing Plaintiff asked Dr. Bitar why then didn't Dr. Bitar have Plaintiff Sign a Doc -2523 Form as required by NDOC/HDSP Polices and Procedures. Dr. Bitar Stated Plaintiff Never refused treatment and he Never had Plaintiff medical chart "could'int find it Nor, was he aware of any lawsuit further Plaintiffs last Kite to dental was a request for Names ABraing Places see TRO Hearing Trans. also Attachment (E) Release of liability form Doc. 2523 also see Attachment (F) Paul Bitar Declartion

1  11. Ultimately district court was Incline to believe Dr. Bitar
2  That Plaintiff did not seek treatment and there was no indifferents
3  dispute plaintiff stating and pleading to the court the defendants
4  will not treat him District Court DENIED TRO see Attachment
5  (G) court minutes

6  12. District Court then ensured Plaintiff once back at HDSP
7  Plaintiff would be treated see. trans TRO Hearing on file

8  13. Three days after court hearing Plaintiff Informed the head
9  warden of what was going on and the Pain and need for treatment
10  7/14/17 see Attachment (H) kite to warden and/or defendant B. Williams

11  14. Defendant Dr. Bitar and S. Bean Stated Plaintiff was not treated
12  on 2/1/17 Due to Never requested treatment only names, dispute both their Declarations
13  stating I was there Specificly for Scheduled treatment see Attachment (A),(F)
14  moreover, defendant S. Bean was served a Summons and complant informing
15  dental of the want and need of treatment to infected tooth left in
16  Plaintiffs mouth on 1/31/17 the day before Plaintiffs Schedule
17  treatment on 2/1/17 See. Attachment (I) AFFIDAVIT OF SERVICE

18  15. Further Dr. Bitar Stated he Never had Plaintiff medical thart to know
19  If Plaintiff still need treatment what the defendants are failing to
20  understand is the fact The head Dentist had No knowledge of wore Plaintiffs
21  medical chart was on a scheduled appointment not aware of lawsuits of untreated
22  Paients on 2/1/17 along with once determining Plaintiff was there for treatment
23  Schedule by dental Chose Not to have Plaintiff Put back on dental list
24  to treat are have Plaintiff Sign refusal Knowing Plaintiff was requesting
25  treatment Via Grievance, TRO, Kites to wardens and dental was and
26  is Deliberate and Indifferent to Plaintiffs Serious medical needs
27
28

16. Even if this court was to be inclined to believe Some how (HDSP) Head of Dental department dispt multiple Kites Grievances and 1983 civil complaint and Scheduled follow-up care treatment had "No" Knowledge of Plaintiffs want and need of treatment on 2/1/17.

17. NDOC/HDSP and All named defendants new of Plaintiffs need and Want of medical treatment and the fact Plaintiff was not treated for known Schedule perscribed treatment on 2/1/17 on the following dates Thereafter, Yet Still Choice not to treat Plaintiff:

4/6/17   Grievance  see Attachment (c)

4/7/17   AFFIDAVIT (x2) See Attachment (J)

4/21/17  Proof of Servic See Attachment (k)

6/12/17  Filed TRO motion See Attachment (D)

7/7/17   TRO oppo, See Attachment (A)

7/13/17  TRO Hearing  See Trans on Record

7/16/17  Kite to Warden see. Attachment (H)

2/1/17   After Appt. Dr Bitar found medical chart Know plaintiff needed treatment See Attachment (A) Exhibit (1) medical intro. 2/1/17

18. For the reasons stated in the brief submitted with this motion, Theses undisputed facts establish that the named defendants in the instant complaint was and is Deliberate and Indifferent to Plaintiffs Serious medical needs. Accordingly, I am entitled to Summary Judgment on my 8th amendment Deliberate and Indifferent to Serious medical needs claim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of October , 2018              Shannon Carter

Attachment (A)

(A)

Attachment (A)

1  **OPP**
   ADAM PAUL LAXALT
2  Nevada Attorney General
   BARRACK T POTTER (Bar No. 14105)
3  Deputy Attorney General
   State of Nevada
4  Office of the Attorney General
   555 E. Washington Avenue, Ste. 3900
5  Las Vegas, NV 89101
   Telephone: (702) 486-3125
6  Facsimile:  (702) 486-3773
   E-Mail: bpotter@ag.nv.gov
7
   *Attorneys for Defendants*
8                                  **DISTRICT COURT**

9                             **CLARK COUNTY, NEVADA**

10 SHANNON CARTER,                    Case No. A-16-747779-C
                                      Dept. No. II
11            Plaintiff,

12 v.

13 JOHN DOE HDSP DENTIST, et al.,

14
              Defendants.
15
   **DEFENDANTS' AMENDED OPPOSITION TO PLAINTIFF'S MOTION FOR**
16 **TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

17        Defendants, State of Nevada, ex rel. Nevada Department of Corrections, James

18 Dzurenda, Scherrie Bean, and Ronrico Mangapit, by and through counsel, Adam Paul

19 Laxalt, Nevada Attorney General, and Barrack T Potter, Deputy Attorney General,

20 hereby submit their Opposition to Plaintiff's Motion for Temporary Restraining Order

21 and Preliminary Injunction.  This Opposition is based upon the following Memorandum of

22 Points and Authorities and all papers and pleadings on file herein.

23        DATED this 7th day of July, 2017.

24                              ADAM PAUL LAXALT
                                Attorney General
25
                                By:    /s/ Barrack T Potter
26                                     BARRACK T POTTER (Bar No. 14105)
                                       Deputy Attorney General
27
                                       *Attorneys for Defendants*
28

## I.   BACKGROUND

Plaintiff, Shannon Carter (Plaintiff), is an inmate currently housed at High Desert State Prison (HDSP). Plaintiff asserts one cause of action in his Amended Complaint against the Defendants for deliberate indifference to serious medical needs under the Eighth Amendment. Am. Compl. at 4. Plaintiff alleges that Defendants Bean and Mangapit were deliberately indifferent to his serious medical needs for "delaying treatment to (3) effect [sic] teeth[.] [F]or [one] over 117 days[,] the [second] over 150 and the thired [sic] tooth has still to this day has [sic] not been addressed." *Id.* at 2. Plaintiff claims that Defendant Dzurenda was deliberate and indifferent by failing to address the inadequate dental procedure at HDSP, which he was aware of or should have been aware of. *Id.*

On June 12, 2017, Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction. Plaintiff also filed a declaration in support of that motion on the same day. Plaintiff failed to serve either document on the Office of the Attorney General, the Nevada Department of Corrections (NDOC), or any of the defendants, which is reflected in the Certificate of Service for each document.

## II.   LEGAL STANDARD

"A party seeking the issuance of a preliminary injunction bears the burden of establishing (1) a likelihood of success on the merits; and (2) a reasonable probability that the non-moving party's conduct, if allowed to continue, will cause irreparable harm for which compensatory damage is an inadequate remedy." *S.O.C., Inc. v. Mirage Casino-Hotel*, 117 Nev. 403, 408, 23 P.3d 243, 246 (2001); *see also* NRS 33.010. "The decision whether to grant a preliminary injunction is within the sound discretion of the district court, whose decision will not be disturbed on appeal absent an abuse of discretion." *Dangberg Holdings Nevada, L.L.C. v. Douglas County & its Bd. of County Com'rs*, 115 Nev. 129, 142–43, 978 P.2d 311, 319 (1999). "[A]n injunction will not issue to restrain an act which does not give rise to a cause of action." *State Farm Mut. Auto. Ins. Co. v. Jafbros Inc.*, 109 Nev. 926, 928, 860 P.2d 176, 178 (1993) (internal quotation marks

1   omitted). "No preliminary injunction shall be issued without notice to the adverse party."

2   NRCP 65 (a)(1).

3       **III.   LEGAL ARGUMENT**

4       **A. Plaintiff is Making Misrepresentations to the Court and Fails to Meet**

5           **Either Prong of the Preliminary Injunction Standard**

6       Plaintiff claims that he has been "denied adequate medical care while housed at

7   H.D.S.P. resulting in Parmant [sic] damage to my teeth, bleeding gum, unable to eat[,]

8   sleep and unnecessary wanton infliction of Pain."   *See* Declaration in Support of

9   Plaintiff['s] Motion for Temporary Restraining Order and Preliminary Injunction, at ¶2.

10  Plaintiff further alleges that he is being "outright denied dental care."   *Id.* at ¶3.

11  Additionally, Plaintiff alleges that it "would be unrealistick [sic] for Plaintiff to willingly

12  go under the knife of the defendants after being denied [dental treatment] for over a year

13  and the retaliation on February 2, 2017." Id. at ¶6.

14      Here, Dr. Bitar saw Plaintiff on February 1, 2017; however, Plaintiff stated he did

15  not have any current dental treatment needs, but wanted to get the names of dental

16  assistants and providers to use in his litigation.   *See* Shannon Carter's Dental Chart,

17  attached hereto as **Exhibit 1**; *see also* Declaration of Scherrie Bean, attached hereto as

18  **Exhibit 2**.  Plaintiff also submitted an Inmate Request Form (kite) on January 6, 2017,

19  seeking the names of dental staff for his civil lawsuit.   *See* Inmate Request Forms,

20  attached hereto as **Exhibit 3**.

21      "According to his dental chart, Plaintiff was seen on three separate occasions for

22  treatment in 2016." *See* Exhibit 2 at ¶6. "Dr. Mangapit completed Plaintiff's first filling

23  on June 16, 2016 and Plaintiff was scheduled for another appointment to address another

24  tooth that Plaintiff was having issues with." *Id.* at ¶9. "Plaintiff was then scheduled for

25  another filling, which was completed by Dr. Mangapit on September 1, 2016." *Id.* at ¶10.

26  "Plaintiff was then scheduled for more treatment on October 6, 2016; however, Plaintiff

27  was rescheduled to February 1, 2017 due to an emergency recall by the prison." *Id.* at

28  ¶11.  Plaintiff was seen by Dr. Bitar and Defendant Bean on February 1, 2017.  *Id.* at

1   ¶12.  At that appointment, "Plaintiff claimed that all of his dental treatment had already
2   been completed...."  *Id.* at ¶14.  "Plaintiff claimed that he did not want to been seen for
3   treatment, but instead wanted the names of the dental assistants for his civil lawsuit."
4   *Id.* at ¶15; *see also* Exhibit 1.

5        Plaintiff fails to meet his "burden of establishing (1) a likelihood of success on the
6   merits; and (2) a reasonable probability that the non-moving party's conduct, if allowed to
7   continue, will cause irreparable harm for which compensatory damage is an inadequate
8   remedy."  *S.O.C., Inc.*, 117 Nev. at 408, 23 P.3d at 246.  Plaintiff argues that he still has a
9   tooth that has not been treated; however, Plaintiff was called to dental on February 1,
10  2017 and claimed he did not need any medical care.  *See* Exhibit 1; *see also* Exhibit 2.
11  Additionally, any further significant injury or unnecessary pain to Plaintiff is directly
12  caused by his own refusal of treatment offered by Defendants.  Defendants did not
13  disregard any significant risk to Plaintiff's health or safety because they responded in a
14  reasonable manner to Plaintiff's dental needs and offered acceptable dental treatment,
15  which Plaintiff declined.  Plaintiff fails to meet either prong of the *S.O.C., Inc.* test.
16  Therefore, Plaintiff's Motion for Temporary Restraining Order and Preliminary
17  Injunction must be denied.

18  **IV.   CONCLUSION**

19        Defendants respectfully request this Court deny Plaintiff's Motion for Temporary
20  Restraining Order and Preliminary Injunction based on the fact that Plaintiff failed to
21  meet either prong of the preliminary injunction standard.

22        DATED: July 7, 2017.

23                                          Respectfully submitted,

24                                          ADAM PAUL LAXALT
25                                          Nevada Attorney General

26                                          By: /s/ *Barrack T Potter*
27                                               BARRACK T POTTER (Bar No. 14105)
                                                 Deputy Attorney General
28
                                            *Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

2      I certify that I am an employee of the State of Nevada, Office of the Attorney

3   General, and that on July 7, 2017, I electronically filed the foregoing **Defendants'**

4   **Amended Opposition to Plaintiff's Motion for Temporary Restraining Order and**

5   **Preliminary Injunction** via this Court's electronic filing system. Parties that are

6   registered with this Court's electronic filing system will be served electronically.   For

7   those parties not registered, service was made by depositing a copy for mailing in the

8   United States Mail, first-class postage prepaid at Las Vegas, Nevada to the following:

9          Shannon Carter, #70773
           High Desert State Prison
10         P.O. Box 650
           Indian Springs, NV 89070-0650
11         *Plaintiff, Pro Se*

12

13                              /s/ Angelica Collazo
                                _____
                                Angelica Collazo, an employee of the
14                              Office of the Nevada Attorney General

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 5 of 5

# EXHIBIT 1

# EXHIBIT 1

CARTER, SHANNON          70773

| Name | DOB# | MEDICAL ALERTS |
|---|---|---|
| _____ | _____ | _____ |
| | | _____ |
| | | _____ |

| DATE | PULSE/BP | SERVICES | SIGNATURE |
|---|---|---|---|
| 6/30/11 | | Exam *(illegible)* | *(signature)* |
| 10/24/08 | | F/U Signed refusal (CB) | |
| 3/Jan/13 | | *(illegible)* constant pain. Patient *(illegible)* gingival *(illegible)* | |
| | | *(illegible)* 1530 had tx reviewed | |
| | | 3 6cc hydro 1.0% epi. Apt # 30 | |
| | | POT Rx Motrin Pain Pack | *(signature)* |
| 4 Dec 18 | | *(illegible extensive handwriting)* | *(signature)* |
| 2/8/13 | | Reviewed med *(illegible)* P.O. visit area | |
| | | #30 healing well. No inflammation | |
| | | or swelling. Received BHI cult | |
| | | *(illegible)* to complete | |
| | | *(illegible)* pain pack *(illegible)* | |
| | | *(illegible)* pain | *(signature)* |
| 4/14/16 | | *(illegible)* due to unit lockdown *(illegible)* | |
| 04/28/16 | | *(illegible extensive handwriting)* | |
| | | *(illegible)* N.V. #17 #19 (0) *(illegible)* | |
| | | *(illegible)* | |
| 06/16/16 | #31 (O) | *(illegible extensive handwriting)* | *(signature)* |
| | | N.V. Operative | *(signature)* |
| 58/01/16 | #19 (00) | *(illegible extensive handwriting)* | *(signature)* |
| | | N.V. Operative (#3) | |
| 10.6.16 | | R/S EMERGENCY *(illegible)* | *(signature)* |
| 2/1/17 | | Pt brought up for dental appt. but pt did't | |
| | | know why he was scheduled. Did not | |
| | | have chart at time to review. *(illegible)* Dental | |
| | | *(illegible)* requested names for a civil suit | |
| | | only. Advised pt that info can't be | |
| | | released via *(illegible)* form. Pt stated he | |
| | | already had all requested dental tx | |
| | | completed prior. | *(signature)* |

# EXHIBIT 2

# EXHIBIT 2

1  DECL
   ADAM PAUL LAXALT
2    Nevada Attorney General
   BARRACK T POTTER (Bar No. 14105)
3    Deputy Attorney General
   State of Nevada
4  Office of the Attorney General
   555 E. Washington Ave., Ste. 3900
5  Las Vegas, NV 89101
   Telephone:  (702) 486-3120
6  Facsimile:  (702) 486-3773
   E-Mail: bpotter@ag.nv.gov
7
   *Attorneys for Defendants*
8  *State of Nevada, James*
   *Dzurenda, Scherrie Bean,*
9  *and Ronrico Mangapit*

10                    **DISTRICT COURT**

11                 **CLARK COUNTY, NEVADA**

12

13  SHANNON CARTER,                    | Case No. A-16-747779-C
                                       | Dept. No. II
14            Plaintiff,

15  v.                                 | **DECLARATION OF SCHERRIE**
                                       | **BEAN**
16  JOHN DOE HDSP DENTIST, et al.,

17
              Defendants.
18

19        I, Scherrie Bean, hereby declare based on personal knowledge, that the following

20  assertions are true:

21        1.    I am currently employed by the Nevada Department of Corrections as a

22  Dental Assistant 2.

23        2.    I have been employed with the Nevada Department of Corrections for a total

24  of nine years.

25        3.    My job responsibilities include set up and breakdown before and after

26  treatment.

27        4.    Additionally, I assist the dentist during treatment.

28        5.    I am familiar with Plaintiff, Shannon Carter, inmate number 70773.

6.      According to his dental chart, Plaintiff was seen on three separate occasions for treatment in 2016.

7.      Plaintiff had x-rays taken on April 21, 2016 by Dr. Mangapit.

8.      Dr. Mangapit determined that Plaintiff would need multiple teeth filled.

9.      Dr. Mangapit completed Plaintiff's first filling on June 16, 2016 and Plaintiff was scheduled for another appointment to address another tooth that Plaintiff was having issues with.

10.     Plaintiff was then scheduled for another filling, which was completed by Dr. Mangapit on September 1, 2016.

11.     Plaintiff was then scheduled for more treatment on October 6, 2016; however, Plaintiff was rescheduled to February 1, 2017 due to an emergency recall by the prison.

12.     Plaintiff was seen by Dr. Bitar and I on February 1, 2017.

13.     During that visit, Plaintiff stated that he did not have any dental issues concerning him and that he did not want to be seen for any treatment.

14.     Furthermore, Plaintiff claimed that all of his dental treatment had already been completed and he did not even know why he was called to dental.

15.     Plaintiff claimed that he did not want to been seen for treatment, but instead wanted the names of the dental assistants for his civil lawsuit.

16.     Dr. Bitar told Plaintiff that the requested information could not be released to him and Plaintiff was sent back to his cell.

Pursuant to NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 30th day of June, 2017.

Sherrie Bean

Page 2 of 2

# EXHIBIT 3

# EXHIBIT 3

JUN-29-2017 04:33PM From:HDSP AA1          7028796760          To:917024863773          Page:4/8

 

SIGNATURE: _Shannon Carter_          ID# _70773_
(Also print name and ID# at bottom of form where indicated)
Institution: _H.D.S.P_   Date submitted: _2, 20, 16_          Unit/House: _10 C 27 B_

Medical: ☐     Dental: ☒     Mental Health: ☐     Nursing: ☐     Other: _____

Reason for request: (Describe below)
_I have been in prison since 2001 I have_
_been to the denist (1) time I am feeling Pain in some of my_
_back teeth I would like to have them cleaned and filled_
_thank you_

---

### DO NOT WRITE IN AREA BELOW

Response to request:

## APPT. SCHED·
## YOU'LL BE NOTIFIED THE
## DAY OF APPOINTMENT

☐ Appointment Schedule for: ___ / ___ / ___          Rescheduled for: ___ / ___ / ___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen, DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP     ☐ NON-KOP
☐ Order Date: ___ / ___ / ___

### PLAN

☐ Follow-up appointment ___ / ___ / ___          ☐ Return if needed
☐ No follow-up required

Signature/Title of Provider          Date _2, 29, 16_

---

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or
SERVICE REPORT**

NAME: _Carter   Shannon   D_
       Last      First      MI
ID# _70773_

DOC 2500 (03/14)

JUN-29-2017 04:33PM From:HDSP AA1          7028796760          To:917024863773          Page:5/8

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Shannon Carter | 70773 | 10 C 27 | 3/5/16 |

4. ) REQUEST FORM TO: (CHECK BOX)

___MENTAL HEALTH      ___CANTEEN

___CASEWORKER      ___MEDICAL      ___LAW LIBRARY      X DENTAL

___EDUCATION      ___VISITING      ___SHIFT COMMAND

___LAUNDRY      ___PROPERTY ROOM      ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: _____

6.) REQUEST: (PRINT BELOW) *I have a hole in my molar food and debree gets in the hole causing continuing Pain and Some times wakes me up from my Sleep. I am requesting to have it filled not Pulled can you Please appoint Me to come up as Soon as Possible*

Thank you

7.) INMATE SIGNATURE *Shannon Carter*      DOC # 70773

8.) RECEIVING STAFF SIGNATURE _____      DATE 3/5/16

9.) RESPONSE TO INMATE

APPT. SCHED
YOU'LL BE NOTIFIED THE
DAY OF APPOINTMENT

RESPONDING STAFF SIGNATURE _____      DATE 3.11.16

DOC - 3012 (REV. 7/01)

JUN-29-2017 04:33PM From:HDSP AA1          7028796760     To:917024863773          Page:6/8

## INMATE REQUEST FORM

| 1.) INMATE NAME          DOC #. | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Shannon Carter   70773 | 10 C 27 | 3/30/16 |

4. ) REQUEST FORM TO:  (CHECK BOX)

___CASEWORKER      ___MEDICAL
___EDUCATION       ___VISITING
___LAUNDRY         ___PROPERTY ROOM

___MENTAL HEALTH          ___CANTEEN
___LAW LIBRARY            X DENTAL
___SHIFT COMMAND
___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: _Dental_____

6.) REQUEST: (PRINT BELOW) _I Frist wrote a Kite 2/20/16 about the Pain I am having in my teeth I then wrote a kite again 3/5/16  I am now writing a Kite again on 3/31/16 my gums are now bleeding and swelling I havent eat in 3 days havent slept in 4 the Pain is a (9) out of (10) I beleive its my back molars have holes in them foods geting in there need to be filled Again cant sleep or eat very Painful I need to be seen _____ is causing my blood pressur to be constitly elevated due to lack of Sleep and Stress_

7.) INMATE SIGNATURE _Shannon Carter_          DOC # 70773

8.) RECEIVING STAFF SIGNATURE _____          DATE 3/30/16

### 9.) RESPONSE TO INMATE

Refered to dental

_Have you seen a sick call nurse until we can get you in?_          APR 0 1 2016

APPT. SCHED: 4/4/16 __

YOU'LL BE NOTIFIED THE DAY OF APPOINTMENT

RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

JUN-29-2017 04:34PM From:HDSP AA1          7028796760          To:917024863773          Page:7/8

## INMATE REQUEST FORM

| ..) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Shannon Carter | 70773 | 10 ᶜ 27 | 4/8/16 |

4. ) REQUEST FORM TO: (CHECK BOX)

\_\_\_ CASEWORKER    \_\_\_ MEDICAL    \_\_\_ MENTAL HEALTH    \_\_\_ CANTEEN

\_\_\_ EDUCATION    \_\_\_ VISITING    \_\_\_ LAW LIBRARY    X DENTAL

\_\_\_ LAUNDRY    \_\_\_ PROPERTY ROOM    \_\_\_ SHIFT COMMAND

                            \_\_\_ OTHER _____

5.) NAME OF INDIVIDUAL TO CONTACT: "Dental"

6.) REQUEST: ( PRINT BELOW) I have been requesting to be seen by Dental Since 1/20/16 my condition has turned for the worst my gums are swolling and bleeding food is getting in holes in my back teeth causeing great Pain I havent been able to eat or sleep for weeks now this is causing my Blood Pressure to be Very High I received a kite back from the denist stating "refused dental" which is not true I have not been contacted anyone to refuse dental the kite also asked if I talked to a nurse which I have taks times and she stated my blood Pressure is Very high So I need to write a Kite which I am. I need to be seen to have my teeth filled Pain is (9) out of (10) cant eat or sleep Blood Pressure Very High!

7.) INMATE SIGNATURE Shannon Carter      DOC # 70773

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#### 9.) RESPONSE TO INMATE

If a nurse is telling you your blood pressure is high can't she provide an antibiotic for a pain pack. until we can get you in?

4/13/16 CM

4/13/16 CM

APPT. SCHED'
YOU'LL BE NOTIFIED THE
DAY OF APPOINTMENT

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC – 3012 (REV. 7/01)

JUN-29-2017 04:33PM From:HDSP AA1          7028796760          To:917024863773          Page:3/8

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Shannon Carter | 70773 | 10   C 27 | 4/17/16 |

4.) REQUEST FORM TO: (CHECK BOX)

___CASEWORKER    ___MEDICAL    ___MENTAL HEALTH    ___CANTEEN

___EDUCATION    ___VISITING    ___LAW LIBRARY    X DENTAL

___LAUNDRY    ___PROPERTY ROOM    ___SHIFT COMMAND

     ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Dental

6.) REQUEST: (PRINT BELOW) I first wrote a kite for dental 2/20/16 explaining my pain in my back teeth due to holes in my molars since then I have wrote sevral more kites due to my condition decreasing I have not been able to sleep or eat due to this Pain which now is effecting my Blood Pressure. I was seen by the nures to have my Blood Pressure checked she stated it was Very High I told her my teeth have been causing me pain havent ate or slepted she stated write a kite to see the doctor which I did to no avail. I recevied my blood pressure refill from Pill call nurse. I explaind to her my pain in my teeth and that I havent ate or slept she told me she dont deal with "Dental" write a kite. Now I dont know what the procedures are for serious medical needs are but I need to be seen now I can't eat or sleep Pain is all thru of (10)and it effecting my Blood Pressure

7.) INMATE SIGNATURE Shannon Carter     DOC # 70773

8.) RECEIVING STAFF SIGNATURE D     DATE 4/28/16

**************************************************************************

### 9.) RESPONSE TO INMATE

4/21/16

4/28/16 CM

___) RESPONDING STAFF SIGNATURE _____ CM     DATE

DOC - 3012 (REV. 7/0*

JN-29-2017 04:33PM From:HDSP AA1          7028796760          To:917024863773          Page:2/8

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2. HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Shannon Carter | 70773 | 8C 4A | 1/6/17 |

4. ) **REQUEST FORM TO:** (CHECK BOX)

___ CASEWORKER    ☒ MEDICAL    ___ NTAL HEALTH    ___ CANTEEN

___ EDUCATION    ___ VISITING    ___ LIBRARY    ___ DENTAL

___ LAUNDRY    ___ PROPERTY ROOM    ___ SHIFT COMMAND

___ OTHER _____

5.) NAME OF INDIVIDUAL TO CONTACT: "Medical Director

6.) REQUEST: ( PRINT BELOW) Sir I am filing a civil complaint on the constitutional violations made by dental to pursue I must inform the court of the defendants full name my kites were signed SB and CM I need the full name of theses defendants which are dentist ass.' and the name of my dentist can you Please Provid this information.

Thank you for your time

Shannon Carter

7.) .INMATE SIGNATURE _Shannon Carter_    DOC # 70773

8.) RECEIVING STAFF SIGNATURE _____    DATE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

9.) RESPONSE TO INMATE

_refered to dental_

_seen 2/1/17. Patient stated that all dental treatment had already been completed. Requested information cannot be released via this form._

-YOUR APPOINTMENT WILL BE WITHIN 60 DAYS OR SOONER

-IF YOUR SYMPTOMS WORSEN PRIOR TO YOUR APPOINTMENT, PLEASE INFORM THE SICK CALL NURSE

**E-MAILED**
1/13/16
to Dr Aranas

10.) RESPONDING STAFF SIGNATURE _____    DATE JAN 2 1 2017

DOC – 3012 (REV. 7/01)

Attachment (B)

Attachment (B)

8C/14A
copy



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#**   20063023297

**ISSUE DATE:**   05/10/2016

| INMATE NAME | | NDOC ID | TRANSACTION TYPE | | ASSIGNED TO |
|---|---|---|---|---|---|
| CARTER, SHANNON D | | 70773 | RTRN_L2 | | RARANAS |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 11/18/2016 | | Denied | VAUSTIN | A |

## INMATE COMPLAINT

## OFFICIAL RESPONSE

Mr. Carter,
Based on your medical records, on 4/4/16, you were scheduled to see the dentist but unfortunately you were not seen because your unit was on lock down on that day for safety and security reasons. On 4/29/16, you had a dental consult. You were told that you need fillings on teeth #18,19 and 31 and pain medications were prescribed. On 6/6/16, filling was done based on the finding that this tooth had the largest cavity. X-rays were taken. Just like any other Department, Inmate services and appointments will be provided using the priority system established by the institution dentist per AR 631. There other inmates waiting for their turn to be seen. A dentist may extract several teeth, or fill multiple teeth, or extract one tooth or fill one tooth depending on the case and the situation and time needed and available. You are advised to submit a kite about your dental complaint and service will be rendered appropriately and accordingly.
Grievance denied

*[signature: Shannon Carter]*

*[signature]*
Medical Director NDOC

DEC 1 4 2016

RECEIVED

JAN 1 0 2017

Page 5 of 6

HDSP WARDEN

*Medical*

LOG NUMBER: 20063023297

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: *Shannon Carter*          I.D. NUMBER: *70773*

INSTITUTION: *H.D.S.P*          UNIT: *12-F-13*

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER *20063023297*, ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: *Shannon Carter*          DATE: *8.9.16*

WHY DISAGREE: *It take 147 days to be treated for my serious medical needs upon treatment the dental doctor determined I had 4 more cavitys yet refused to treat them told me when I can no longer take the Pain Put in a kite I informed him I was in Pain and if I put in a kite they will charge me again when I already here I was informed that I would be Put on a dential Plan this has not happen Please Help!*

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: *8-10-16*

SECOND LEVEL RESPONSE: _____

_____

_____

_____

_____ GRIEVANCE UPHELD _✓_ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: *[signature], MD*          TITLE: *MD*          DATE: *12/14/16*

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

INMATE SIGNATURE: *Shannon Carter*          DATE: *1/17/2017*

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

JAN 10 2017

DOC 3094 (12/01)

# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#**   20063023297

**ISSUE DATE:**   05/10/2016

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| CARTER, SHANNON D | 70773 | RTRN_L1 | ABUENCAMINO |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 07/26/2016 | 4 | Denied | HSAMS | A |

| INMATE COMPLAINT |
|---|

| OFFICIAL RESPONSE |
|---|

Based on your medical records, on 6/16/16, you were evaluated, examined and given the necessary dental treatment (fillings) by the dentist. Several x-rays were performed and you were advised if any other symptoms develop, submit a kite and you will be scheduled accordingly.

Grievance Denied.





GRIEVANCE RESPONDER

*Medical AB*

Log Number 200*6302329*7

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: *Shannon Carter*          I.D. NUMBER: *70773*

INSTITUTION: *H.D.S.P*          UNIT: *12-F-13*

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER *2006302329*7 , IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: *Shannon Carter*          DATE: *6·24·16*

WHY DISAGREE: *I informed Dental to my Serious medical need in february Modified lockdown was in April there was and is "No" reason it should have Taken 147 days to be treated for A condition that was determined by a dentist needed treatment. This Practice and or Police is Deliberate and Indifferent to my Serious medical needs and must be addressed appropriately.*

GRIEVANCE COORDINATOR SIGNATURE: *J. Powell*          DATE: *6·27·16*

FIRST LEVEL RESPONSE: *SEE ATTACHED*

RECEIVED

_____ GRIEVANCE UPHELD   _____ GRIEVANCE DENIED _____   ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: *Tito Guerreaumo*          TITLE: *DDNS I*          DATE: *8/1/16*

GRIEVANCE COORDINATOR SIGNATURE: *J. Powell*          DATE: *7·26·16*

_____ INMATE AGREES *✓*   _____ INMATE DISAGREES

INMATE SIGNATURE: *Shannon Carter*          DATE: *8·5·16*

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |



# State of Nevada
# Department of Corrections

## INMATE GRIEVANCE REPORT

**ISSUE ID#**   20063023297

**ISSUE DATE:**   05/10/2016

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| CARTER, SHANNON D | 70773 | RTRN_INF | LSTEWART |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 06/07/2016 | 5 | Denied | RZANER | A |

### INMATE COMPLAINT

### OFFICIAL RESPONSE

THE LAST TIME YOU SAW DENTAL WAS 4/29/16. IT WAS NOTED YOU NEED FILLINGS. BECAUSE OF THE MODIFIED LOCKDOWN ON UNIT 10 THE LIST OF I/M FROM UNIT 10 HAS GROWN. YOU ARE ON THE DENTAL LIST AND WILL BE SEEN AT THE NEXT AVAILABLE APPOINTMENT.

RECEIVED

JUG 1 1 2015

_Lstewart CNIII_
GRIEVANCE RESPONDER

*Medical* 10/4

Log Number 20063023297

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _Shannon Carter_      I.D. NUMBER: _70773_

INSTITUTION: _H.D.S.P_      UNIT: _10_

GRIEVANT'S STATEMENT: _H.D.S.P Dential Program and/or Pllicy is Indequate and Deliberate indifference to my Serious Medical needs I first informed "Dential" to the Pain in my teeth on 2-20-16 I was told I would be scheduled on 3-5-16 I informed "Dential" in more detail of my "issue" That my back malars food and debree gets in the holes caussing Pain and wakes me from my Sleep and I need to be_

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _Shannon Carter_      DATE: _5/2/16_  TIME: _6 PM_

GRIEVANCE COORDINATOR SIGNATURE: _[signature]_      DATE: _5-5-16_  TIME: _8_

GRIEVANCE RESPONSE: _____

RECEIVED

CASEWORKER SIGNATURE: _Stewart CWII_  DATE: _6/15/16_

___ GRIEVANCE UPHELD  ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _[signature]_   DATE: _6-8-16_

___ INMATE AGREES  _X_ INMATE DISAGREES

INMATE SIGNATURE: _Shannon Carter_  DATE: _6-22-16_

**FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.**

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Shannan Carter_                    I.D. NUMBER: _7077.3_

INSTITUTION: _H.D.S.P_                    UNIT #: _10_

GRIEVANCE #: _____    GRIEVANCE LEVEL: _Informal_

GRIEVANT'S STATEMENT CONTINUATION:   PG. _2_  OF _4_

Seen as soon as Possible On 3·30·16 I informed "Dental" that my gums
are bleeding and swelling that I havent ate in days and hadnt slept I further
Informed "Dental" that my Pain was a(9)out of (10) and Due to this condition
it is elevating my (blood Presser) again to "No" Avail on 4·8·16 I informed
Dental that my condition is geting realy bad that I still cant eat or
sleep that the Pain is a(9) out of (10) and that this is causing my blood
Presser to increase and still I was Never even seen by a dentist Not intill
                                                       (13)days
4·21·16 was I finly seen by a dentist an X-Ray was taken and dentest examined
my teeth and determined I indeed had at less (3) teeth that were in need of
moderel a treatment I informed him "Dentest" that my Pain was a(9) out of
(10) and that I cant eat and havent realy slepted and that this was effecting
my blood Pressure which he stated my teeth have nothing to do with my blood Pressure
and that he will treat my teeth because they need very much so to be treated. He
then told me I could leave. I ask him when will he treat me because I cant take
the Pain he said he will Put me on the list. ~~[struck out text]~~
my teeth have chiped (3) times Since I requasted to be treated Due to the

Original:      Attached to Grievance
Pink:          Inmate's Copy

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Shannon Carter_     I.D. NUMBER: _70773_

INSTITUTION: _H·D·S·P_     UNIT #: _10_

GRIEVANCE #: _____     GRIEVANCE LEVEL: _Informal_

GRIEVANT'S STATEMENT CONTINUATION:     PG. _3_   OF _4_

holes in my back teeth not being treated. Dental care is one of the most important medical needs of inmates. It has been (74) days and counting and I have not been treated for a serious medical need that is effecting my over all health. The refusal to treat my infected teeth despite several complaints shows the deliberate indiffernce of "dental" and there practice /Policy they have to take care of serious medical "Needs" this is unexeeptable I have been in more pain the last (74) days then I ever been in all my life my teeth are chiping away I havent slept more then (3) hours straight in the night I cant eat when I try to eat food get stuck in my teeth and the pain is unbearable then my mouth swells and my gums bleed. I dont try and eat for a few days it gos down. The refusal to treat my serious medical need and forcing me to indor this pain which has and is effecting my blood Pressure is a Violation of my eighth amendment Rights (Remedy) Is an adequate policy Put in Place. To address all serious medical needs timely and appropraitely No one should have to wait over (74) days to be treated when they tell you they cant eat or sleep and the pain is a (9) out of (10) Now a (10) out of (10)

Original:     Attached to Grievance
Pink:         Inmate's Copy

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Shannon Carter     I.D. NUMBER: 70773

INSTITUTION: H.D.S.P     UNIT #: 10

GRIEVANCE #: _____     GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION:     PG. 4 OF 4

"I would like to know what is the "Policy" here with treating serious medical needs?

"This grivance is about one issue H.D.S.P Dental Program being deliberate and indifferent to my serious medical need in violation of my 8th amendment right"

RECEIVED

Original:     Attached to Grievance
Pink:        Inmate's Copy

DOC – 3097 (01/02)

Attachment (c)

( C )

Attachment (c)



# Nevada Department of Corrections
## Improper Grievance Memo

Brian Sandoval
*Governor*

James Dzurenda
*Director*

Brian E. Williams, Sr.
*Warden, HDSP*

TO:  Carter, Shannon       #70773       8C/14

FROM:  J. Nash, AW

DATE:  4/18/2017

RE: Improper Grievance #2006-30-46164 IF Level Grievance

The attached grievance is being returned to you for the following reason(s):

---

**This grievance may NOT proceed to the next level Per AR 740.03,5 due to the following:**

☐ Non-grievable issue.
  ☐ State and federal court decision.

  ☐ State, federal and local laws and regulations.

  ☐ Parole Board decision.

  ☐ Lacks standing.

**X** Untimely submission.  This is a violation of A.R. 740.03 (10) & 7.40.05 (4)(A)

☐ Abuse of Inmate Grievance Procedure.
  ☐ Any language, writing or illustration deemed to be obscene, profane or derogatory.

  ☐ A threat of serious bodily injury to a specific individual.

  ☐ Specific claims or incidents previously filed by the same inmate.

  ☐ More than one (1) grievance per week, Monday through Sunday.

  ☐ More than two (2) unfounded, frivolous or vexatious grievances per month.

---

**After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level.**

☐ The grievance contains more than one (1) appropriate issue.  Only 1 issue is allowed per grievance.

☐ No factual harm/loss noted **and/or** no remedy requested.

☐ Other; specify:

---

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

CCS2 Birch _____   4/21/17        X _____   4-21-17
**Witness Signature**        **Date**        **Inmate Signature**        **Date**

cc: Original – Inmate
    Copy - Grievance File

DOC-3098 (01/17)

Log Number _2006·30·46164_

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _Shannon Carter_     I.D. NUMBER: _70773_

INSTITUTION: _H·D·S·P_     UNIT: _8 c 14_

GRIEVANT'S STATEMENT: _"Retaliation", on or about February 1, 2017_
_I was placed on Dental Sick call by the A Gs office, to correct_
_a constitutional Violation by H·D·S·P Dental programs Delibrate_
_and indifferance, refusing to treat my infected tooth Which was and_
_Still is causing extreme pain lost of Sleep High Blood Presure Weight lost from_

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _Shannon Carter_     DATE: _4·6·17_ TIME: _5:30_

GRIEVANCE COORDINATOR SIGNATURE: _____     DATE: _4-18-17_ TIME: _11:05 AM_

GRIEVANCE RESPONSE: _See attached response_
_Not accepted_

CASEWORKER SIGNATURE: _____     DATE: _____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____     DATE: _4/19/17_

_____ INMATE AGREES __✓__ INMATE DISAGREES

INMATE SIGNATURE: _____     DATE: _4·21·17_

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

**RECEIVED**

**APR 12 2017**

**HDSP**

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

DOC 3091 (12 / 01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: *Shannon Carter*          I.D. NUMBER: 70773

INSTITUTION: H D S P          UNIT #: 8 C 14

GRIEVANCE #: _____          GRIEVANCE LEVEL: *Informal*

GRIEVANT'S STATEMENT CONTINUATION:     PG.  2  OF  3

not being able to eat, white blisters which I poped, Swoll Jaw and Chiping tooth Upon arrival at Dental, A white male dentist asked me why I was there before I could ansewer the dentist assistant S. Bean Stated thats the cry baby how Filed a law suit on me! The white male Dentist then Stated we dont treat inmates how try to file law Suits on us. I then let the Dentist Know That I was in alot of pain and had been unable to sleep and eat reguarly for months Dentist Assistant Bean then Stated her husband was a L.T. at (H D S P) and I didnt Know what pain was yet! I then told the Dentist that the other Dentist how treated me last time new I had (3) infected teeth but only treated (2) and if he was going to treat my infected tooth are not he then Stated are you going to drop your law suit I stated No! And he then Stated then No I am not treating you. Bean then Stated go back to your unit when you cant take the pain you'll be back. The actions of the white male Dentist and Assist Bean was "Retaliatory" and indirect Violation of my constitutional rights to be free from Retaliation from filing grievance and civil Complaints I now fear for my Safety and health here at (H D S P)

Original:      Attached to Grievance
Pink:          Inmate's Copy

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: *Shannon Carter*  I.D. NUMBER: *70773*

INSTITUTION: *(H.D.S.P)*  UNIT #: *8 c 14*

GRIEVANCE #: _____  GRIEVANCE LEVEL: *Informal*

GRIEVANT'S STATEMENT CONTINUATION:  PG. *3*  OF *3*

Pertaining to my dental care and officers related to defendants in (H D S P) Dental program Specificly Lt. Bean.

(Remedy) Immediate transfere to a different yard for permanet housing were I can recieve adequate Dental Care free of retaliation and to Persue a 1983 Claim for retaliation and denial of dental care by (H D S P) Dental program

Original:  Attached to Grievance
Pink:  Inmate's Copy

# NEVADA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE CLAIM FORM

THIS FORM MUST BE COMPLETED PER NRS 41.036, 41.0322, 209.243 AND ADMINISTRATIVE REGULATION 740

DO **NOT** SEND DIRECTLY TO ATTORNEY GENERAL'S OFFICE, BOARD OF EXAMINERS, OR DIRECTOR

This form is to be attached to your grievance form for any injuries or any other claim (except property) arising out of a tort alleged to have occurred during your incarceration as a result of an act or omission of the Department of Corrections or any of its agents, former officers, employees or contractors.

The following information is necessary to fairly evaluate your claim. Please provide complete information. If you need more space, attach a separate sheet of paper. You may submit additional evidence if available. Such additional evidence will be returned.

CLAIM IN THE AMOUNT OF $ 40,000 is hereby made against the Department of Corrections, based upon the following facts:

| 1. NAME OF CLAIMANT (Please print full name) | | 2. I.D. # | 3. INSTITUTION |
|---|---|---|---|
| Shannon Carter | | 70773 | HDSP |
| 4. AMOUNT OF CLAIM | 5. DATE AND DAY OF OCCURRENCE | | 6. TIME (a.m. or p.m.) |
| $ 40,000 | on/or About feb 1, 2017 | | 9:30 Am  or so |
| 7. PLACE OF OCCURRENCE | | | |
| HDSP Medical Dental | | | |

Page 1 of 3

8. Describe here, in complete detail, exactly how your claim loss or damage occurred and why you believe the institution is responsible or liable:

(HDSP) Dental determind I had (3) infected teeth it take a 156 days of unbelieveable Pain before dental treated (2) of the (3) bad teeth stating when I cant take the Pain Contact them and they'll treat the other tooth I then filed a Civil Suit the AG's office Put me on sick call to have the third tooth treated. Dental refused to Correct and or treat me stating they will only treat me if I drop my law Suit in retaliation of my law suit this is a Clear and direct Violation of my Constitutional Rights to be free of retaliation

9. Witnesses. Be sure to include any staff member who may have been involved in, or has any knowledge of, your alleged loss; also, list any inmate who has actual knowledge of facts pertinent to your claim:

Max Reed # 1068078

Gregory Vancott # 1164456

10. Other pertinent information:

STATE OF  Nevada          )
                          ) SS
COUNTY OF Indian Springs  )


I, Shannon Carter           , do hereby swear under penalty of perjury that I am the claimant named above, that I have read the foregoing claim and know the contents thereof, that the same is true of my own knowledge, except those matters stated upon information and belief, and as to those matters, I believe them to be true, and that THIS IS MY ENTIRE CLAIM AGAINST THE STATE OF NEVADA/DEPARTMENT OF CORRECTIONS.

I FULLY UNDERSTAND THAT I WILL HAVE TO SIGN A GENERAL RELEASE OF ALL CLAIMS IN THE PRESENCE OF A NOTARY PUBLIC FOR THE EXACT AMOUNT I AM CLAIMING BEFORE ANY PAYMENT WILL BE OFFERED TO ME. THIS GENERAL RELEASE WILL BECOME EFFECTIVE ONLY UPON ACTUAL PAYMENT OF THE CLAIM BY THE STATE OF NEVADA.

DATED this   6   day of   April          , 20 17

_____
Signature of Claimant


## NOTICE

NEVADA REVISED STATUTE 197.160 provides that every person who knowingly presents a false or fraudulent claim is guilty of a gross misdemeanor, and is subject to criminal penalties of imprisonment of up to one year, and a fine of up to $2,000.00.

DOC – 3095 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS

## ADMINISTRATIVE CLAIM RELEASE AGREEMENT

I, _Shannon Carter_, NDOC # _70773_ as claimant, did on the _6_ day of _April_, _2017_, file against and deliver to the Department of Corrections, via the Warden of _High Desert State Prison_, an institution/facility of the Department of Corrections, an Inmate Grievance No._____, alleging personal injuries or any other claim arising out of a tort alleged to have occurred during my incarceration as a result of an act or omission of the Department of Corrections or any of its agents, former officers, employees, or contractors described as _Dental program_ _____

_____

I acknowledge that $_____ will be deposited into my account as payment in full, for the above claim and hereby release the State of Nevada, the Nevada Department of Corrections and any and all agents, servants and/or employees of the state and agency from all liability of any kind whatsoever from any further claim for items identified on this grievance.

I UNDERSTAND THIS RELEASE WILL BECOME EFFECTIVE ONLY UPON THE APPROVAL OF MY CLAIM BY THE STATE OF NEVADA AND/OR THE NEVADA DEPARTMENT OF CORRECTIONS.

DATED this _____ day of _____, ____.

SIGNED:_____ SOCIAL SECURITY # _____
         Signature of Claimant

WITNESS:_____ TITLE:_____

DOC-3096

Attachment (D)

(D)

Attachment (D)

Shannon Carter #70773
P O Box 650
Indian Springs N.V. 89070
Pro~se

**FILED**

2017 JUN 12 'A 9:06

~~Aaron D. Schumm~~
CLERK OF THE COURT

DISTRICT COURT

CLARK COUNTY NEVADA

Shannon Carter,                    Case No. A-16-747779-C
                                   DEPT NO. I
        Plaintiff          MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'
V                          MOTION FOR A TEMPORARY RESTRAINING ORDER
James Dzurenda et al.,      AND PRELIMINARY INJUNCTION

        Defendant

## STATEMENT OF THE CASE

This is a civil Rights action brought under 42 u.s.c. 1983 by a State Prisoner ~~____~~ who is presently being denied medical care by H.D.S.P Dental program. The Plaintiff Seeks a temporary restraining order a Preliminary Injunction to ensure he receives adequate medical care Specifically Pertaining to the infected tooth that has been left in Plaintiffs mouth by defendants for over a year resulting in Parimont damage to teeth Chiping lost of sleep and ability to eat and Unnecessary wanton infliction of Pain.

## STATEMENT OF FACTS

As Stated in the declaration Submitted with this motion, Plaintiff is being denied medical care by the deliberate and indifference acts of H.D.S.P Dental Program leaving an infected tooth in Plaintiffs mouth for over a year resulting in Sever Pain, Chiping tooth, Swelling Bleeding gums and unnessary wanton infliction of Pain dispite the A.G's office Placing me on dental sick list to be treated.

-1-

multiple kites, grievances and this law suit of informing HDSP Dental of my decreasing health HDSP still refuse to treat my infected tooth Puting me at great risk.

# Argument.

The PlaintiFF is entitled to a temporary restraining order and Preliminary InJunction

In determining weather a Party is entitled to a (TRO) or Preliminary Indunction, courts generally consider Several Factors: Weather the Party will Suffer irreparable injury, The Balance of hardship Between Parties, the likelyhood of success on the merits and the Public interest each of theses factors favors the grant of this motion.

**A.** The PlaintiFF is threatened with Irreparable harm

PlaintiFF is being denied Medical care by HDSP dental Programs deliberate and Indifferent actions of leaving infected teeth in PlaintiFFS mouth for over a year and refusing to treat, resulting in parmant damage chiping, rottening and decaying tooth in PlaintiFFS mouth.

As a matter of law, the continued deprivation of constitutional rights Constitutes Irreparable harm Elrod V Burns, 427 US 347, 373, 96 S. CT 2673. American Trucking Associations Inc. V City of Los Angeles 559 F.3d 1046, 1058-59 (9th Cir 2009) This Principle has been appled in Prison litigation generally, see Jolly V Coughlin, 76 F.3d 468, 482 also Newsom V Morris, 888 F. 2d 371 Mitchell V Cumo 748 F.2d 884, 806 McClendon V City of Albuquesque, 272 F. Supp 2d 1250, 1259 (D.N.m 2003)

-2-

B. The Balance of Hardships Favors the Plaintiff

In deciding whether to grant (TRO's) and Preliminary Injunctions, courts ask whether ▮▮▮ the suffering of the moving Party if the motion is denied will out weigh the suffering of the non-moving Party if the motion is granted. See. E.G Mitchell V cuomo, 748 F.2d 804,808 (Holding that Posed by Prison overcrowding outweighed state financial and administrative concerns) Duran V Anaya, 642 F Supp 510,527 (D.N.M.) (Holding that Prisoners interest in safety and medical care outweigh state interest in saving money by cutting staff)

In this case, the present suffering of Plaintiff and the Potential suffering if forced to remain under the care of HDSP Dental Program, are enormous and almost unimaginable. The suffering the defendants will experience if the court grants the order will consist of:

1.) Placing one more medium custody inmate on the weekly transfer to a medium yard.

2.) Providing inmates with constitutionally adequate medical care specificly, dental.

This is well within the defendants normal duties, things they do on a daily basis. The defendants hardship amounts to no more than business as usual.

-3-

1   C. The Plaintiff is likely to succeed on the merits.

2   The Plaintiff has a great likelihood to succeed on the merits

3   what the defendants have done "Intentionally" Leaving an infected

4   tooth in Plaintiffs mouth for over a year dispite multiple kites,

5   grievances, civil law suit and A G's office Placing Plaintiff on dental

6   sick call list refused to treat Plaintiff Moreover, The defendants

7   new Plaintiff was "Suffering" Bleeding gums, Chiping teeth, Sever Pain

8   lost of sleep and ablity to eat through grievances, Kites, and

9   law suit. Fields V Gander, 734 F. 2d 1313, 1315 (8th Cir 1984)

10  (Holding three week delay in treatment of a Painful condition stated

11  a claim) Dean V Coughlin, 623 F. Supp. at 404 (dental conditions are

12  Serious if they "cause Pain discomfort or threat to good health")

13  Tillery V Owens, 719 F. Supp. 1256, 1309. (Holding dental care delays

14  of up to a year condemned)

15         In this case it is clear that H D S P dentals actions

16  were and are "Intentional" acts, inaccordance with their Practies and

17  Policies. See Simkins V Bruce, 406 F. 3d 1239, 1242-43 (10th Cir. 2005)

18  (Mailroom Supervisors statement that she acted consistently with her training

19  showed intentional action; Negligence would not be Sufficient, and

20  malice not required.)

21         D. The relief Sought will Serve the Public Interest

22  In this case, the grant of relief will serve the Public interest because it is

23  always in the Publics interest for Prison officials to obey the law, especially the

24  constitution. Phelps-Roper V Nixon, 545 F. 3d 685, 690 (8th Cir. 2008)

25  Duran V Anaya, 642 F. Supp 510, 527 (D. N. m) (Respect for Law, Particularly

26  by officials responsible for administration of the ▓▓▓ State Correctional

27  System, is in itself a matter of the highest Public interest.) Lewelyn V Oakland,

28  402 F. Supp 1379, 2393 (Stating the Constitution is the ultimate expression of the Public interest")

## Point . II

2.   The Plaintiff Should not be required to Post security

3. Usually a litigant who obtains interim injunctive relief is asked to

4. Post Security Rule 65(C) NRCP. However the Plaintiff is an indigent

5. Prisoner and is unable to Post security. The court has discretion to

6. excuse an impoverished litigant from posting Security. Elliott V Kiesewetter,

7. 98 F.3d 47, 60 (3d cir 1996)(Stating that district courts have discretion

8. to waive the bond requirement contained in Rule 65. if the balance

9. of the equite weigh overwhelmingly in favor of the party Seeking the

10. injunction) Maltond/ Eagle-Pitcher Industries, Inc., 55 F.3d 1171, 1176

11. (6th cir. 1995) In View of the Serious medical danger confronting the Plaintiff,

12. the court should grant the relief requested without Posting Security.

## Conclusion.

15.   For the reasons set fourth in the instant motion and memorandum

16. of law in Support of Plaintiffs motion for temporary restraining order and

17. Preliminary Injunction. Along with grievances, civil complaint and Plaintiffs

18. medical records the facts of this case it would be in the interest of Justice

19. and Judicial efficiency to grant Plaintiffs Temporary restraining order

20. and Preliminary Injunction to correct an on going constitutional Violation.

Date this 31 day of May , 2017

Respectfully Submitted

Shannon Carter

Shannon Carter # 70773
PO Box 650
Indian Springs N.V. 89070

-5-

Attachment (E)

( E )

Attachment (E)

# RELEASE OF LIABILITY FOR REFUSAL OF HEALTH CARE TREATMENT

The undersigned inmate refuses recommended/scheduled healthcare treatment provided by NDOC at this time. Refusing does not necessarily waive his/her right to subsequent health care. Inmate has the right to accept or refuse health care offered at a later date. DOC 2525 Directive to Physicians or other valid declaration shall be honored.

The health care treatment listed below were refused at this time:

## Check all that apply

- [ ] Infirmary Appointment for:
- [ ] Dental Appointment for:
- [ ] Psychiatry/Psychology Appointment for:
- [ ] Physical Therapist Appointment for:
- [ ] Optometrist Appointment for:
- [ ] Medication (List)
- [ ] Chronic Care Clinic for:
- [ ] OSHA Protocol for TB/Bloodborne Pathogens:
- [ ] Other Describe:

COMMENTS:

I hereby release the Nevada Department of Corrections from any and all liability and responsibility that might result from my refusal of examination, treatment or testing described above; and further release any and all personnel from any and all liability and/or responsibility that might be incurred.

- [ ] **INMATE HAS BEEN INFORMED OF THE POTENTIAL ADVERSE MEDICAL CONSEQUENCES OF REFUSAL.**

I CERTIFY, I have read or had read to me the contents of this form. This release has been signed under no duress and with full understanding of possible hazards which may occur due to refusal.

I further understand that I may be subject to disciplinary action up to and including being financially responsible for all expenses related to this refusal.

| INMATE/STAFF SIGNATURE | ID# | DATE |
|---|---|---|
| HEALTH STAFF WITNESS | DATE | |
| HEALTH STAFF WITNESS ( If second witness necessary ) | DATE | |

NEVADA DEPARTMENT OF CORRECTIONS

## RELEASE OF LIABILITY FOR REFUSAL OF HEALTH CARE TREATMENT

NAME: _____
                    Last         First     MI

ID# _____ INSTITUTION: _____

Reference Medical Directive 434

DOC 2523 (01/17)

Attachment (F)

Attachment (F)

1  DECL
   ADAM PAUL LAXALT
2    Nevada Attorney General
   BARRACK T POTTER (Bar No. 14105)
3    Deputy Attorney General
   State of Nevada
4  Office of the Attorney General
   555 E. Washington Ave., Ste. 3900
5  Las Vegas, NV 89101
   Telephone:  (702) 486-3120
6  Facsimile:  (702) 486-3773
   E-Mail: bpotter@ag.nv.gov
7
   *Attorneys for Defendants*
8  *State of Nevada, James*
   *Dzurenda, Scherrie Bean,*
9  *and Ronrico Mangapit*

10                    **DISTRICT COURT**

11               **CLARK COUNTY, NEVADA**

12

13  SHANNON CARTER,                    Case No. A-16-747779-C
                                       Dept. No. II
14                Plaintiff,

15  v.                                 **DECLARATION OF DOCTOR
                                       PAUL BITAR**
16  JOHN DOE HDSP DENTIST, et al.,

17
                  Defendants.
18

19        I, Dr. Paul Bitar, hereby declare based on personal knowledge, that the following

20  assertions are true:

21        1.    I am currently employed by the Nevada Department of Corrections as the

22  Senior Institutional Dentist.

23        2.    I am familiar with Plaintiff, Shannon Carter, inmate number 70773.

24        3.    Plaintiff was scheduled for treatment on February 1, 2017; however, when

25  Plaintiff came in for his treatment, he stated that he did not have any current dental

26  treatment needs.

27        4.    Plaintiff claimed that the only reason he scheduled the appointment was to

28  get the names of dental assistants and providers to use in his litigation.

5.    Plaintiff has been seen multiple times by this office over the last fourteen months and was recently treated by Dr. Mangapit.

6.    Specifically, based on Plaintiff's medical records, on June 16, 2016, Plaintiff was evaluated, examined, and given the necessary dental treatment (fillings) by Dr. Mangapit.

7.    Additionally, several x-rays were performed and Plaintiff was advised if any other symptoms develop, submit a kite and Plaintiff will be scheduled accordingly.

8.    Plaintiff is claiming in his declaration that he is being outright denied dental care; however, based on Plaintiff's medical record and my personal experience, this assertion is completely incorrect.

Pursuant to NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 27th day of June, 2017.

_____
Dr. Paul Bitar

Attachment (G)

(G)

A-16-747779-C

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| Other Civil Matters | COURT MINUTES | July 11, 2017 |
|---|---|---|

| A-16-747779-C | Shannon Carter, Plaintiff(s) vs. John Doe HDSP Dentist, Defendant(s) |
|---|---|

| July 11, 2017 | 9:00 AM | Motion |
|---|---|---|

**HEARD BY:** Scotti, Richard F.        **COURTROOM:** RJC Courtroom 11D

**COURT CLERK:** Cassidy Wagner

**RECORDER:** Dalyne Easley

**REPORTER:**

**PARTIES PRESENT:**

| Carter, Shannon | Plaintiff |
|---|---|
| Haar, Theresa M. | Attorney for Deft. |
| Nevada State of | Defendant |
| Potter, Barrack T. | Attorney for Deft. |

## JOURNAL ENTRIES

- Plaintiff Shannon Carter Sworn and Testified. Dr. Paul Bitar Sworn and Testified. Ms.Haar argued that Mr. Carter did not seek treatment and there was no indifferent treatment and does not meet the burden of establishing a likelihood of success on the merits and a reasonable probability that the non-moving party's conduct if allowed to continued would cause Plaintiff irreparable harm.  COURT STATED IT'S FINDINGS AND ORDERED, Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction DENIED. Mr. Potter to prepare the Order.

NDC

CLERK'S NOTE: The above minute order has been mailed to:

Shannon Carter#70773
High Desert State Prison
P.O. Box 650

| PRINT DATE: | 07/18/2017 | Page 1 of 2 | Minutes Date: | July 11, 2017 |
|---|---|---|---|---|

Attachment (H)

(H)

Attachment (H)

Case 2:17-cv-01628-RFB-EJY   Document 18-1   Filed 10/03/18   Page 57 of 64

*(handwritten top-left margin)* / Possible legal Documents
Please Return for my
Records
Case Nu# A-16-747779-C

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Shannon Carter | 70773 | 8 C/4 | 7-16-17 |

4. ) REQUEST FORM TO: (CHECK BOX)  ___ MENTAL HEALTH   ___ CANTEEN

___ CASEWORKER   ___ MEDICAL   ___ LAW LIBRARY   ___ DENTAL

___ EDUCATION   ___ VISITING   ___ SHIFT COMMAND

___ LAUNDRY   ___ PROPERTY ROOM   X OTHER _Warden_

5.) NAME OF INDIVIDUAL TO CONTACT: B. William      Warden

6.) REQUEST: ( PRINT BELOW) I would like to Personaly inform you I am being dinied Dental care here at high Desert state Prison, On 7-13-17 I went to court your head denhistins there I informd the court and the dentist I was in Pain and needed to be treated. 4-29-16 (HDSP) dental determind I have (3) teeth that wurranted treatment #18 #19 #31, #18 and #19 were treated #31 was not I have informd dental ▪ Via grievances, civil complaint, Dental sick call, and a court hearing. That I was in pain and need to be treated I am in pain and have been for over a year cant sleep, eat Pain (9) out of (10) Please help.

7.) INMATE SIGNATURE _Shannon Carter_      DOC # 70773

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

*****************************************************

9.) RESPONSE TO INMATE

*(stamp)* HIGH DESERT STATE PRISON    [ ] 2017

I am in receipt of your letter and Medical will be in contact to schedule you an appointment

10.) RESPONDING STAFF SIGNATURE _B. Well_      DATE 7-17-17

DOC – 3012 (REV. 7/01)

Attachment (I)

(I)

Attachment (I)

# OFFICE OF THE SHERIFF
## CLARK COUNTY DETENTION
## CIVIL PROCESS SECTION

SHANNON CARTER                          )
                                        )
**PLAINTIFF**                           )        CASE No. A-16-747779-C
              Vs                        )        SHERIFF CIVIL NO.: 17000481
S BEAN - DENTAL ASSISTANT, HDSP         )
                                        )
**DEFENDANT**                           )        **AFFIDAVIT OF SERVICE**

**STATE OF NEVADA**        }
                           }  **ss:**
**COUNTY OF CLARK**        }

      **NICK TOSCANO**, being first duly sworn, deposes and says: That he/she is, and was at all times hereinafter mentioned, a duly appointed, qualified and acting Deputy Sheriff in and for the County of Clark, State of Nevada, a citizen of the United States, over the age of twenty-one years and not a party to, nor interested in, the above entitled action; that on 1/31/2017, at the hour of **1:30 PM**. affiant as such Deputy Sheriff served a copy/copies of **SUMMONS and CIVIL RIGHTS COMPLAINT** issued in the above entitled action upon the defendant **S BEAN - DENTAL ASSISTANT, HDSP** named therein, by delivering to and leaving with Human Resources Administrator **KATIE GUTIERREZ** for defendant **S BEAN - DENTAL ASSISTANT, HDSP** at **NDOC-ADMIN OFFICE, 3955 W RUSSELL ROAD, LAS VEGAS, NV 89118** within the County of Clark, State of Nevada, said copy/copies of **SUMMONS and CIVIL RIGHTS COMPLAINT**

*I, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE ON NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.*

**DATED  February 1, 2017.**

*OWF*

                             Joseph M. Lombardo, Sheriff

                          By: _Nick Toscano 9559._
                           NICK TOSCANO
                           Deputy Sheriff

Attachment (J)

( J )

Attachment (J)

**FILED**

**MAY 2 6 2017**

*Alan ?. ?*
**CLERK OF COURT**

## OFFICE OF THE SHERIFF
## CLARK COUNTY DETENTION
## CIVIL PROCESS SECTION

SHANNON CARTER     )
             )
PLAINTIFF       )   CASE No. A16-747779-C
    Vs      )   SHERIFF CIVIL NO.: 17002480
             )
MANGA PITT      )
             )
DEFENDANT      )   <u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEVADA   }
           } ss:
COUNTY OF CLARK   }

    **NICK TOSCANO**, being first duly sworn, deposes and says:  That he is, and was at all times hereinafter mentioned, a duly appointed, qualified and acting Deputy Sheriff in and for the County of Clark, State of Nevada, a citizen of the United States, over the age of twenty-one years and not a party to, nor interested in, the above entitled action; that on **4/7/2017**, at the hour of **10:10 AM**. affiant as such Deputy Sheriff served a copy of **SUMMONS AND AMENDED CIVIL RIGHTS COMPLAINT** issued in the above entitled action upon the defendant **MANGA PITT** named therein, by delivering to and leaving with **KATIE GUTIERREZ**, (H.R. ASSISTANT ADMINISTRATOR) at **NDOC 3905 WEST RUSSELL ROAD LAS VEGAS, NV 89118**  within the County of Clark, State of Nevada, a copy of SUMMONS AND AMENDED CIVIL RIGHTS COMPLAINT.

*I, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE ON NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.*

**DATED**  APRIL 10, 2017

            Joseph M. Lombardo, Sheriff

            By _____
              NICK TOSCANO
              Deputy Sheriff

**OFFICE OF THE SHERIFF**
**CLARK COUNTY DETENTION**
**CIVIL PROCESS SECTION**

FILED

MAY 2 6 2017

CLERK OF COURT

| | | |
|---|---|---|
| SHANNON CARTER | ) | |
| | ) | |
| **PLAINTIFF** | ) | CASE No. A-16-747779-C |
| Vs | ) | SHERIFF CIVIL NO.: 17002477 |
| S BEAN - DENTAL ASSISTANT, HDSP | ) | |
| | ) | |
| **DEFENDANT** | ) | **AFFIDAVIT OF SERVICE** |

| | |
|---|---|
| STATE OF NEVADA | } |
| | } ss: |
| COUNTY OF CLARK | } |

      **NICK TOSCANO**, being first duly sworn, deposes and says:  That he is, and was at all times hereinafter mentioned, a duly appointed, qualified and acting Deputy Sheriff in and for the County of Clark, State of Nevada, a citizen of the United States, over the age of twenty-one years and not a party to, nor interested in, the above entitled action; that on **4/7/2017**, at the hour of **10:10 AM.** affiant as such Deputy Sheriff served a copy of **SUMMONS AND AMENDED CIVIL RIGHTS COMPLAINT** issued in the above entitled action upon the defendant **S BEAN - DENTAL ASSISTANT, HDSP** named therein, by delivering to and leaving with **KATIE GUTIERREZ**, (H.R. ASSISTANT ADMINISTRATOR) at **NDOC-ADMIN OFFICE 3955 W RUSSELL ROAD LAS VEGAS, NV 89118** within the County of Clark, State of Nevada, a copy of SUMMONS AND AMENDED CIVIL RIGHTS COMPLAINT.

*I, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE ON NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.*

DATED  APRIL 10, 2017

                                      Joseph M. Lombardo, Sheriff

                                By: *For Nick Toscano*
                                NICK TOSCANO
                                Deputy Sheriff

Attachment (k)

( K )

Attachment (k)

 **SHERIFF'S OFFICE**
CARSON CITY

**FILED**

MAY 2 6 2017

## PROOF OF SERVICE


CLERK OF COURT

| | | | |
|---|---|---|---|
| **Court Date:** | | **File No.** 0009968 | |
| **Court:** | DISTRICT COURT CLARK COUNTY, NEVADA | **Case No.** A16747779C | |
| **Initiator:** | SHANNON CARTER # 70773 | **Other:** | DZURENDA, JAMES |
| | | | NDOC |
| **Address:** | PO BOX 650 | **Address:** | 5500 SNYDER AVE |
| | INDIAN SPRINGS, NV 89070 | | CARSON CITY, NV 89702 |
| **Plaintiff:** | CARTER, SHANNON | **Defendant:** | DZURENDA, JAMES |
| **Address:** | , 0 | **Address:** | , 0 |

1. Documents Served:
   SUMMONS & COMPLAINT

2. Service Attempts:

| Date | Time | Address: | Served |
|---|---|---|---|
| 4/21/17 | 14:12 | 5500 SNYDER AVE | ☒ |
| | | Notes: | |
| | | Address: | ☐ |
| | | Notes: | |
| | | Address: | ☐ |
| | | Notes: | |

3. Party Served: NANCY SANDERS     Title: AAII

4. I served the party named in Item 3: TO AUTHORIZED INDIVIDUAL

5. Remarks:

6. At the time of service I was at least 18 years of age and not a party to this action.

7. I am an authorized individual with the Carson City Sheriff's Office and certify that the foregoing is true and correct.

_____     4/28/17
DOUG STRENGE V199                    Date
Carson City Sheriff's Office
911 East Musser Street
Carson City, NV  89701
Phone:  775-887-2500