Shannon Carter #70773
P.O. Box 650
Indian Springs NV 89070

Pro-Se

UNITED STATES DISTRICT COURTS

DISTRICT OF NEVADA

Shannon Carter,
    Plaintiff

Case No. 2:17-CV-01628-RFB-GWF

STATEMENT OF UNDISPUTED FACTS

vs.

S. Bean et al....,
    Defendant

    Pursuant to local Rule of this court's Civil Rules, the Plaintiff submits the following list of undisputed facts that entitles him to Partial Summary Judgment on his 8th amendment Deliberate and Indifferents to Plaintiffs Serious medical needs claim.

    1. The defendants determined on 4/21/16 Plaintiff had a Serious medical need in which warranted treatment I.E. (3) infected teeth.

    2. The defendants new Plaintiff was Suffering from actual Physical Injury Due Solely to Delay and refusual of treatment I.E. Stress, weight lost unable to sleep, eat, excruciating Pain, Swelling Jaw, Bleeding gums, white Blisters, High Blood Pressure and Chiping teeth

    3. Plaintiff was Placed on dental sick call list for Perscribed scheduled treatment on 2/1/17, Plaintiff was not treated Nor, Given a Doc-2523 Form as required by (NDOC) Polices

(1 of 2)

4. All Defendants have known of this issue for over (1) year "Yet" has Refused to treat Plaintiff or have Plaintiff Sign a Release of liability.

Dated this 1st day of October, 2018

Respectfull Submitted,

Shannon Carter

Shannon Carter #70773
P.O. Box 650
Indian Springs N.V. 89070

(2 of 2)