ADAM PAUL LAXALT
  Attorney General
MATTHEW P. FEELEY (Bar No. 13336)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3120 (phone)
(702) 486-3773 (fax)
Email: mfeeley@ag.nv.gov

*Attorneys for Defendants*
*Jennifer Nash, Dr. Paul Bitar*
*and Scherrie Bean*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br><br>        Plaintiff,<br><br>v.<br><br>S. BEAN, BITAR, and J. NASH, et al.,<br><br>        Defendants. | Case No. 2:17-cv-01628-RFB-GWF<br><br>**NOTICE OF UNDER SEAL SUBMISSION OF NOTICE OF COMPLIANCE PURSUANT TO MINUTE ORDER (ECF NO. 33)** |

The Office of the Attorney General, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Matthew P. Feeley, Deputy Attorney General, hereby notifies Plaintiff that it has submitted a Notice of Compliance Pursuant to Minute Order (ECF No. 33), to include (1) Exhibit A – Declaration of Matthew Feeley, Esq.; (2) Exhibit B - Email from Dr. Castellan dated October 17, 2018; (3) Exhibit C - Plaintiff's Dental Chart; and (4) Exhibit D –

///
///
///
///
///

1  Copy of Plaintiff's Dental X-Rays, under seal pursuant to this Court's minute order entered
2  on October 18, 2018.
3       DATED this 24th day of October, 2018.

                                ADAM PAUL LAXALT
                                Attorney General

                                By:   /s/ Matthew P. Feeley
                                         MATTHEW P. FEELEY (Bar No. 13336)
                                         Deputy Attorney General
                                         *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on October 24, 2018, I electronically filed the foregoing **NOTICE OF UNDER SEAL SUBMISSION OF NOTICE OF COMPLIANCE PURSUANT TO MINUTE ORDER (ECF NO. 33)** via this Court's electronic filing system.  Parties who are registered with this Court's electronic filing system will be served electronically.  For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

Shannon Carter, #70773
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada  89070
*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General