ADAM PAUL LAXALT
  Attorney General
MATTHEW P. FEELEY (Bar No. 13336)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-3120 (phone)
(702) 486-3773 (fax)
Email:  mfeeley@ag.nv.gov

*Attorneys for Defendants*
*Jennifer Nash, Dr. Paul Bitar*
*Scherrie Bean, James Dzurenda,*
*Brian Williams, Alberto Buencamino,*
*And Jerry Howell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER, | Case No. 2:17-cv-01628-RFB-GWF |
| Plaintiff, | |
| v. | **NOTICE OF ACCEPTANCE OF SERVICE** |
| S. BEAN, BITAR, and J. NASH, et al., | |
| Defendants. | |

Pursuant to this Court's Minute Order dated October 10, 2018, and entered on October August 18, 2018 (ECF No. 33), the Office of the Attorney General, by and through Adam Paul Laxalt, Attorney General for the State of Nevada, and Matthew P. Feeley, Deputy Attorney General, hereby responds as follows:

The State of Nevada Office of the Attorney General hereby accepts service on behalf of Defendants:

1) Jennifer Nash,

2) Dr. Paul Bitar,

3) Scherrie Bean,

4) James Dzurenda,

5) Brian Williams,

6) Alberto Buencamino, and

7) Jerry Howell

The State of Nevada Office of the Attorney General does not accept service on behalf of Defendants:

1) Romeo Aranas;

2) L. Stewart;

3) NDOC Municipal;

4) NDOC Medical Provider Municipal; or

5) John Doe Dental Insurance Company.

The State of Nevada Office of the Attorney General will be filing last-known address information for Defendant Romeo Aranas under seal.

DATED this 31st day of October, 2018.

ADAM PAUL LAXALT
Attorney General

By: */s/ Matthew P. Feeley*
    MATTHEW P. FEELEY (Bar. No. 13336)
    Deputy Attorney General

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on October 31, 2018, I electronically filed the foregoing **NOTICE OF ACCEPTANCE OF SERVICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

Shannon Carter, #70773
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada  89070
*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General