AARON D. FORD
  Attorney General
AUSTIN T. BARNUM (Bar No. 15174
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email:  abarnum@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda, Jennifer Nash,*
*Brian Williams, Jerry Howell,*
*Paul Bitar, Scherrie Bean, and*
*Alberto Buencamino*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br><br>Plaintiff,<br><br>v.<br><br>S. BEAN, BITAR, and J. NASH, et al.,<br><br>Defendants. | Case No. 2:17-cv-01628-RFB-EJY<br><br>**NOTICE TO THE COURT** |

Defendants James Dzurenda, Jennifer Nash, Brian Williams, Jerry Howell, Paul Bitar, Scherrie Bean, and Alberto Buencamino, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Austin T. Barnum, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit this Notice to the Court.

Defendants' request for a stay on the proceedings in this case is moot, and Defendants request 30 days to file dispositive motions. On April 30, 2020, Defendants filed a Motion to Stay the Proceedings. ECF No. 62. The stay was requested because *Carter v. James Dzurenda, et al.*, 2:18-cv-00452-APG-BNW (*Carter 452*) was based on the same facts as an allegation in this case. *See* ECF No. 62 at 3:21-25. On May 7, 2020, *Carter 452* was dismissed by stipulation and order of the Parties. Accordingly, Defendants' motion

requesting a stay of the proceedings is moot. Defendants expect to conduct a meet and confer with the Plaintiff, *pro se*, to determine if a joint request may be filed for dates on dispositive motions.

DATED this 1st day of June, 2020.

> AARON D. FORD
> Attorney General
>
> By:   /s/ Austin T. Barnum
>         AUSTIN T. BARNUM (Bar No. 15174)
>         Deputy Attorney General
>
> *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 1, 2020, I electronically filed the foregoing **NOTICE TO THE COURT** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by emailing a copy at Las Vegas, Nevada, addressed to the following:

> Shannon Carter, #70773
> Warm Springs Correctional Center
> P.O. Box 7007
> Carson City, Nevada  89702
> Email:  wscclawlibrary@doc.nv.gov
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General