UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANNON CARTER,<br><br>Plaintiff,<br><br>v.<br><br>S. BEAN, BITAR, and J. NASH, et al.,<br><br>Defendants. | Case No. 2:17-cv-01628-RFB-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion for Extension of Time to File Dispositive Motions (Second Request). ECF No. 66. No response to Defendants' Motion was filed.

In their Motion, Defendants explain that Deputy Attorney General Austin T. Barnum, who had every intention of submitting a dispositive motion, is being deployed for military duty. Defendants request the Court provide a thirty day extension for the new Deputy Attorney General to prepare the motion. *Id.* at 2.

United States District Court for the District of Nevada Local Rule 7-2(d) states, in pertinent part, that "[t]he failure of an opposing party to file points and authorities in response to any motion ... constitutes a consent to the granting of the motion." Here, as stated, no response to Defendants' Motion was filed.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time to File Dispositive Motions (ECF No. 66) is GRANTED.

IT IS FURTHER ORDERED that the Dispositive Motion due date is extended to July 31, 2020.

1

1    IT IS FURTHER ORDERED that the Joint Pretrial Order shall be due on August 31, 2020,
2 unless dispositive motions are pending at that time, in which case the Joint Pretrial Order due date
3 shall be 30 days after the Court issues its order on dispositive motions
4    Dated this 10th day of July, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE