Shannon Carter #70773

P.O. Box 7007

Carson City, N.V. 89702

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 13 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Shannon Carter
   Plaintiff,

Case No. 2:17-CV-01628-RFB-EJY

PLAINTIFFS' STATEMENT OF DISPUTED FACTUAL ISSUES

S. Bean et al.,
   Defendants,

Defendants have moved for Summary Judgment on the Plaintiffs claims concerning Deliberate Indifference to Serious medical needs and retaliation. Pursuant to Local Rules of this court, the Plaintiff submits the following list of genuine issues of material fact that require the denial of defendants motion.

1. Whether Plaintiff informed Williams on the yard he still had not been treated by dental weeks after his Kite
2. Whether Plaintiff was denied dental treatment on 2-1-17
3. Whether delaying treatment for 2½ years after determining issue was Deliberate and Indifferent
4. Whether Bean was served Summons and Complaint the day before 2-1-17

Dated 9-28-2020

Shannon Carter
PO Box 7007
Carson City NV 89702