LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHANNON CARTER,<br><br>           Plaintiff,<br><br>vs.<br><br>S. BEAN, BITAR, et al.,<br><br>           Defendants.<br>_____/ | Case No.: 2:17-cv-01628-RFB-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR RECONSIDERATION [ECF #88]**<br><br>**FIRST REQUEST** |

COMES NOW Plaintiff, SHANNON CARTER, and Defendants above named, by and through their undersigned attorneys of record, and hereby stipulate, agree, and request that the Plaintiff shall have until April 5, 2021 to file a response to the Motion for Reconsideration (ECF #88), due to the recent appointment of the undersigned as counsel.

The parties hereby stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

| | |
|---|---|
| DATED this 30th day of March, 2021.<br><br>By: */ s / Luke A. Busby*<br>   Luke A. Busby, Esq.<br>   State Bar No. 10319<br>   316 California Ave.<br>   Reno, Nevada 89509<br>   Attorney for Plaintiff | DATED this 30th day of March, 2021.<br><br>By: */ s / Frank A. Toddre II*<br>   Frank A. Toddre II<br>   Nevada Attorney General<br>   Bureau of Litigation<br>   555 E. Washington Ave., Ste. 3900<br>   Las Vegas, NV 89101 |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:  March 31, 2021**                    1