AARON D. FORD
  Attorney General
Amy A. Porray (Bar No. 9596)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3216 (phone)
(702) 486-3773 (fax)
Email: aporray@ag.nv.gov

*Attorneys for Defendants Scherrie Bean,*
*Paul Bitar, Alberto Buencamino,*
*James Dzurenda, Jerry Howell,*
*Jennifer Nash, and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER, | Case No. 2:17-cv-01628-RFB-EJY |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF DEPUTY ATTORNEY GENERAL** |
| S. BEAN, BITAR, and J. NASH, *et al.*, | |
| Defendants. | |

      Defendants, Scherrie Bean, Paul Bitar, Alberto Buencamino, James Dzurenda, Jerry Howell, Jennifer Nash, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Amy A. Porray, Deputy Attorney General, hereby notifies the Court and respective parties that Deputy Attorney General Amy A. Porray has assumed responsibility for representing the interests of the Defendant in this action.

. . .

. . .

. . .

1    Deputy Attorney General Frank A. Toddre II is no longer associated with this case
2 and should no longer be noticed through the Court's CM/ECF system.
3    DATED this 31st day of March, 2021.

                                                AARON D. FORD
                                                Attorney General

                                                By: /s/ Amy A. Porray
                                                         Amy A. Porray (Bar No. 9596)
                                                         Senior Deputy Attorney General
                                                         *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on March 31, 2021, I electronically filed the foregoing **NOTICE OF CHANGE OF DEPUTY ATTORNEY GENERAL**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by emailing a copy to the following:

LUKE A. BUSBY, ESQ
316 California Ave.
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Attorney for Plaintiff*

/s/ Sheri Regalado
Sheri Regalado, an employee of the
Office of the Nevada Attorney General