UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SHANNON CARTER,

        Plaintiff,

  v.

S. BEAN, BITAR, and J. NASH, *et al*,

        Defendants.

Case No. 2:17-cv-01628-RFB-EJY

**ORDER TO PRODUCE
SHANNNON CARTER, #70773**

TO:    WILLIAM GITTERE, WARDEN, ELY STATE PRISON, ELY NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **SHANNON CARTER, #70773**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce **SHANNON CARTER, #70773,** on or about Tuesday, May 25, 2021, at the hour of 10:00 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **SHANNON CARTER, #70773** is released and discharged by the said Court; and that **SHANNON CARTER, #70773**, shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this 21st day of May, 2021.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**