AARON D. FORD
 Attorney General
DAWN R. JENSEN (Bar No. 10933)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3195 (phone)
(702) 486-3773 (fax)
Email:  drjensen@ag.nv.gov

*Attorneys for Defendants*
*Scherrie Bean, Paul Bitar,*
*Alberto Buencamino, James Dzurenda,*
*Jerry Howell, Jennifer Nash, and*
*Brian Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br><br>Plaintiff,<br><br>v.<br><br>S. BEAN, BITAR, and J. NASH, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01628-RFB-EJY<br><br>**NOTICE OF CHANGE OF DEPUTY ATTORNEY GENERAL** |

Defendants, Scherrie Bean, Paul Bitar, Alberto Buencamino, James Dzurenda, Jerry Howell, Jennifer Nash, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Dawn R. Jensen, Deputy Attorney General, hereby notify the Court and respective parties that Deputy Attorney General Dawn R. Jensen has assumed responsibility for representing the interests of the Defendants in this

///

///

///

///

///

1  action. Deputy Attorney General Amy A. Porray is no longer associated with this case and
2  should no longer be noticed through the Court's CM/ECF system.
3      DATED this 16th day of November, 2021.

AARON D. FORD
Attorney General

By: /s/ Dawn R. Jensen
DAWN R. JENSEN (Bar No. 10933)
Deputy Attorney General

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 16, 2021, I electronically filed the foregoing **NOTICE OF CHANGE OF DEPUTY ATTORNEY GENERAL** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

LUKE A. BUSBY, ESQ
316 California Ave.
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Attorney for Plaintiff*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General