UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHANNON CARTER,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>SCHERRIE BEAN; et al.,<br><br>　　　　Defendants-Appellants,<br><br>and<br><br>ROMEO ARANAS; L. STEWART,<br><br>　　　　Defendants. | No. 20-17442<br><br>D.C. No. 2:17-cv-01628-RFB-EJY<br>District of Nevada, Las Vegas<br><br>ORDER |

Appellants have notified the court that they do not intend to prosecute this appeal (Docket Entry No. 11). Accordingly, the appeal is voluntarily dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7

LCC/MOATT