1  LUKE A. BUSBY, ESQ
2  Nevada Bar No. 10319
   316 California Ave.
3  Reno, Nevada 89509
   775-453-0112
4  luke@lukeandrewbusbyltd.com

*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SHANNON CARTER, | Case No.: 2:17-cv-01628-RFB-EJY |
| Plaintiff, | **JOINT REQUEST FOR STATUS CONFERENCE** |
| vs. | |
| S. BEAN and DR. BITAR, *et al.*, | |
| Defendants. | |
| _____/ | |

COMES NOW, SHANNON CARTER ("Carter" or "Plaintiff"), and S. BEAN and DR. BITAR, *et al.* ("Defendants") by and through the undersigned counsel, and hereby requests that the Court schedule a video status conference in this matter as a result of the November 15, 2021 dismissal of Appeal No. 20-17442 before the Ninth Circuit Court of Appeals. (Order attached hereto as Exhibit 1). The parties request a status conference such that the parties may discuss pretrial scheduling matters with the Court.

**DATED** this Monday, December 6, 2021:

By: /s/ Dawn Jensen, Esq.
Dawn Jensen
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Las Vegas, Nevada 89101
(702) 486-3216 (phone)
(702) 486-3773 (fax)
Email: drjensen@ag.nv.gov
*Attorneys for Defendants*

By: /s/ Luke Busby, Esq.
LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiffs*

<u>**Exhibit List**</u>

1. **Order**

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing Document by:

_____   personally delivering;

_____   delivery via Reno/Carson Messenger Service;

_____   sending via Federal Express (or other overnight delivery service);

_____   depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

__X__   delivery via electronic means (fax, eflex, NEF, etc.) to:

>Dawn Jensen
>Deputy Attorney General
>State of Nevada
>Office of the Attorney General
>555 E. Washington Ave., Ste. 3900
>Las Vegas, Nevada 89101
>(702) 486-3216 (phone)
>(702) 486-3773 (fax)
>Email: drjensen@ag.nv.gov
>*Attorneys for Defendants*

**DATED** this Monday, December 6, 2021:

By: __/s/ Luke Busby__ .

4