```
                                                                    1
                       ─2:17-cv-01628-RFB-EJY─

 1                     UNITED STATES DISTRICT COURT

 2                          DISTRICT OF NEVADA

 3

 4  SHANNON CARTER,              )
                                 ) Case No. 2:17-cv-01628-RFB-EJY
 5            Plaintiff,         )
                                 ) Las Vegas, Nevada
 6       vs.                     ) Tuesday, September 28, 2021
                                 ) 11:05 a.m.
 7  S. BEAN, BITAR, and J.       )
    NASH, et al.,                ) MOTION HEARING
 8                               )
              Defendants.        ) C E R T I F I E D   C O P Y
 9  _____

10

11
                    REPORTER'S TRANSCRIPT OF PROCEEDINGS
12
                   THE HONORABLE RICHARD F. BOULWARE, II,
13                      UNITED STATES DISTRICT JUDGE

14

15  APPEARANCES:
    For the Plaintiff:      LUKE ANDREW BUSBY, ESQ.
16                          LUKE ANDREW BUSBY, LTD.
                            316 California Avenue
17                          Reno, NV 89509
                            (775) 453-0112
18

19  For the Defendant:      AMY A. PORRAY, ESQ.
                            OFFICE OF NEVADA ATTORNEY GENERAL
20                          555 E. Washington Avenue, Suite 3900
                            Las Vegas, Nevada  89101
21                          (702) 486-3216

22
    COURT REPORTER:         Patricia L. Ganci, RMR, CRR
23                          United States District Court
                            333 Las Vegas Boulevard South, Room 1334
24                          Las Vegas, Nevada  89101

25  Proceedings reported by machine shorthand, transcript produced
    by computer-aided transcription.

              PATRICIA L. GANCI, RMR, CRR     (702) 385-0670
```

2:17-cv-01628-RFB-EJY

1  LAS VEGAS, NEVADA; TUESDAY, SEPTEMBER 28, 2021; 11:05 A.M.
2                              --oOo--
3                          P R O C E E D I N G S
4       THE COURT:  All right.  I'm going to call this case.
5  This is the case of Carter versus Bean, et al., Case Number
6  2:17-cv-1628.  Counsel, please announce their presence for the
7  record starting with plaintiff's counsel.  Mr. Busby.
8       MR. BUSBY:  Good morning, Your Honor.  Luke Busby
9  appearing for Plaintiff Shannon Carter.  And I'm joined by my
10 UNLV intern, who's helping me with the case.
11      THE COURT:  Good morning to the both of you.
12      MS. PORRAY:  Hi.  Good morning, Your Honor.  Amy
13 Porray, Deputy Attorney General, Attorney General's Office, on
14 behalf of defendants.
15      THE COURT:  Good morning.
16      So we have this motion for consideration.  Let me --
17 let me make a few things very clear.  In looking at the motion
18 papers, it seemed to me it wasn't clear to me.  One of the
19 things I want to make clear is that -- although it's implied in
20 the facts, I didn't make it explicit -- I do find in this case
21 based upon the series of grievances that were submitted that
22 administrative remedies were unavailable to Mr. Carter because
23 of the fact that he had clearly indicated his need for medical
24 care and the fact that he was in pain and the fact that he was
25 not getting that treatment.  As the grievance indicate -- the

1  pattern of grievances indicate that he has repeatedly sought to
2  obtain treatment, did not -- did not receive treatment, and that
3  there are sufficient allegations that, in fact, he was
4  retaliated against for seeking the treatment, which would
5  further support a finding that administrative remedies were
6  unavailable to Mr. Carter.
7          I think also ultimately the fact that the Court had to
8  order treatment in this case is an additional factor, but
9  that -- that -- that, of course, occurred after -- afterwards.
10 But I do find that administrative remedies were unavailable to
11 Mr. Carter.
12         In addition to finding that, to the extent that there
13 was a need for exhaustion, he exhausted, I find both
14 alternatively because in this case it's very clear to the Court
15 and the facts establish that these remedies were not available
16 to him despite his repeated efforts to obtain treatment.
17         Now, Ms. Porray, I know that you have raised various
18 issues in this case as relates to exhaustion, but I wanted to
19 make that part clear because it does seem to me that there was
20 some dispute by the parties about that particular issue.  And I
21 was not as explicit in my prior order, and I just wanted to make
22 that an explicit finding in this case because of the facts and
23 the record in this case.
24         So with that, Ms. Porray, do you have anything you wish
25 to add to what you've already submitted in this case?

1          MS. PORRAY:  No, Your Honor.
2          THE COURT:  Okay.  Mr. Busby, anything else beyond what
3  you've already submitted in terms of your response?
4          MR. BUSBY:  Nothing, Your Honor.  Thank you.
5          THE COURT:  Okay.  Wow.  That was quick and easy.
6          I am going to deny the motion for reconsideration.  I
7  don't find any legal basis for the Court to reconsider its prior
8  ruling.  I also wanted to take the opportunity, as I've
9  indicated, to further clarify the Court's ruling in terms of
10 finding that administrative remedies were also unavailable to
11 Mr. Carter for the reasons I've identified today.  And so I'm
12 going to deny the motion for reconsideration at this time.
13         Is there anything else that we need to do today?  I
14 know that there is, I think, a pending appeal before the
15 Circuit, but I'm not sure.  It says so on the docket.  I'm not
16 sure where that stands.  Ms. Porray, perhaps, you could tell us
17 where that stands.  And, perhaps, the Circuit was waiting for
18 this ruling, which they typically would do if there was a motion
19 for reconsideration.
20         MS. PORRAY:  And that is where it's at right now.  The
21 Circuit was waiting for this ruling on the motion to then lift
22 the stay.
23         THE COURT:  Okay.  Well, I will -- I'm not going to
24 issue a separate written ruling.  The transcript of the hearing
25 will be the opinion and order of the Court.  That will expedite

PATRICIA L. GANCI, RMR, CRR     (702) 385-0670

1  matters here.  And then we'll see what happens in the context of
2  the appeal and proceed from there.
3          MS. PORRAY:  Thank you, Your Honor.
4          MR. BUSBY:  Thank you, Your Honor.
5          THE COURT:  All right.  Anything else then?  No?
6          MR. BUSBY:  Nothing, Your Honor.  Thank you.
7          THE COURT:  All right.  Well, thank you both -- all
8  three of you, I should say.  Everyone please be well and be
9  safe.  We'll be adjourned.  Thank you.
10         MS. PORRAY:  Thank you so much.
11         MR. BUSBY:  See you, Judge.
12         MS. PORRAY:  Bye-bye.
13         THE COURT:  Bye.
14         (Whereupon the proceedings concluded at 11:09 a.m.)
15                            --oOo--
16                   COURT REPORTER'S CERTIFICATE
17
18     I, PATRICIA L. GANCI, Official Court Reporter, United
19 States District Court, District of Nevada, Las Vegas, Nevada,
20 certify that the foregoing is a correct transcript from the
21 record of proceedings in the above-entitled matter.
22
23 Date:  November 8, 2021.
24                              /s/ **Patricia L. Ganci**
25                              Patricia L. Ganci, RMR, CRR
                                 CCR #937

PATRICIA L. GANCI, RMR, CRR    (702) 385-0670