LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com

*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHANNON CARTER, | Case No.: 2:17-cv-01628-RFB-EJY |
| Plaintiff, | **STIPULATION AND ORDER ESTABLISHING DEADLINE FOR PROPOSED JOINT PRETRIAL ORDER** |
| vs. | |
| S. BEAN, BITAR, et al., | |
| Defendants. | **FIRST REQUEST** |

COMES NOW Plaintiff, SHANNON CARTER, and Defendants above named, by and through their undersigned attorneys of record, and hereby stipulate and agree, and request that the Court order that the Proposed Joint Pretrial Order in this matter be due on April 30, 2022, such that the parties may pursue potential resolution of the claims in this matter.

///

///

///

///

///

//

///

///

1

The parties hereby stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

**DATED** this Monday, January 17, 2022:

By   /s/ Chris Davis, Esq.
Chris Davis, Esq.
Deputy Attorney General – Public Safety Division
Office of the Nevada Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
P: 702-486-9252
*Attorneys for Defendants*

By:   /s/ Luke Busby, Esq.
Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 18th day of January, 2022.