AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants
Scherrie Bean, Paul Bitar,
Alberto Buencamino, James Dzurenda,
Jerry Howell, Jennifer Nash, and
Brian Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER, | Case No. 2:17-cv-01628-RFB-EJY |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| S. BEAN, BITAR, and J. NASH, *et al.*, | |
| Defendants. | |

Notice is hereby given that Defendants Scherrie Bean, Paul Bitar, Alberto Buencamino, James Dzurenda, Jerry Howell, Jennifer Nash, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Chris Davis, Deputy Attorney General, pursuant to Fed R. App. P. 3 & 4 and 28 U.S.C. § 1291, appeal this Court's order (EFC No. 87) denying Defendants' motion for summary judgment (EFC No. 18), asserting qualified immunity, which denial is immediately appealable and once appealed divest the district court of jurisdiction.

///

///

///

The appeal is timely because Defendants timely moved (ECF No. 88) for reconsideration of the Court's Order denying summary judgment, which motion is listed in Fed. R. App. P. 4(a)(4), and the district court entered its order (ECF No. 113)[1] denying the motion for reconsideration no sooner than March 31, 2022, when the transcript which the district court ruled "shall serve as the written Opinion and Order of the Court" was entered on the Court docket.[2]

DATED this 8th day of April, 2022.

AARON D. FORD
Attorney General

By: /s/ Chris Davis
CHRIS DAVIS (Bar No. 6616)
Deputy Attorney General

*Attorneys for Defendants*

---

[1] To the extent that this order involves qualified immunity, Defendants appeal this order as well.

[2] In both the Reporter's Transcript entered on the docket no sooner that March 31, 2022 (EFC No. 113) and the courts minute order dated September 22, 2021 (Minute Order, EFC No. 107), the district court ruled that the **"transcript of the hearing will be the opinion and order of the Court**." *See* Reporter Transcript, EFC No. 113 at 4:24-25; *see also* Minute Order, EFC No. 107. As the transcript was not entered on the Court docket until at least March 31, 2021, the time for appeal did not begin to run until that entry. *See* Fed. R. App. P. 4(a)(7)(A)(i) (an "order is entered . . . when the . . . order is entered in the civil docket under Federal Rule of Civil Procedure 79(a)). Under express Ninth Circuit precedent, the Minute Order, EFC No. 107, is not a final appealable order. *See Meyer v. Portfolio Recovery Associates*, LLC, 707 F.3d 1036, 1041 (9th Cir. 2012) (holding "minute order was not a final appealable order" because the minute order "did not clearly evidence the judge's intention that it would be the court's final act on the matter," but "expressly stated" that another document would serve as the court's order).

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 8, 2022, I electronically filed the foregoing **NOTICE OF APPEAL** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

LUKE A. BUSBY, ESQ
316 California Ave.
Reno, Nevada 89509
luke@lukeandrewbusbyltd.com
*Attorney for Plaintiff*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General