UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHANNON CARTER,<br><br>　　　　Plaintiff - Appellee,<br><br> v.<br><br>SCHERRIE BEAN; PAUL BITAR; JENNIFER NASH; JAMES DZURENDA; JERRY HOWELL, Warden; BRIAN WILLIAMS, Warden; ALBERTO BUENCAMINO,<br><br>　　　　Defendants - Appellants,<br><br> and<br><br>ROMEO ARANAS; L. STEWART,<br><br>　　　　Defendants. | No. 22-15541<br><br>D.C. No. 2:17-cv-01628-RFB-EJY<br>U.S. District Court for Nevada, Las Vegas<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

**Wed., April 20, 2022**　　　　Appellants' Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

| | |
|---|---|
| **Mon., May 9, 2022** | Transcript shall be ordered. |
| **Tue., June 7, 2022** | Transcript shall be filed by court reporter. |
| **Mon., July 18, 2022** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Wed., August 17, 2022** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellants' reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7