|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | APR 27 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| SHANNON CARTER,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>SCHERRIE BEAN; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>ROMEO ARANAS; L. STEWART,<br><br>        Defendants. | No. 22-15541<br><br>D.C. No. 2:17-cv-01628-RFB-EJY<br>District of Nevada, Las Vegas<br><br>ORDER |

A review of the record suggests that this court may lack jurisdiction over this appeal because the notice of appeal was not filed within 30 days after either (1) the district court's September 28, 2021 order denying reconsideration of its November 30, 2020 order denying qualified immunity or (2) the December 31, 2021 entry of the transcript of the September 28, 2021 hearing on the district court's docket. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). The record further reflects that appellants have filed a motion in the district court seeking relief under Federal Rule of Appellate Procedure 4(a)(6), which remains pending.

Within 7 days after the district court's ruling on appellants' pending motion for relief under Federal Rule of Appellate Procedure 4(a)(6), appellants shall either

LCC/MOATT

move for voluntary dismissal of this appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellants elect to show cause, a response may be filed within 10 days after service of the memorandum.

If appellants do not comply with this order, the Clerk will dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7