UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANNON CARTER,<br><br>             Plaintiff,<br><br>      v.<br><br>S. BEAN, *et al*,<br><br>             Defendants. | Case No. 2:17-cv-01628-RFB-EJY<br><br>**ORDER TO PRODUCE**<br>**SHANNNON CARTER, #70773** |

TO:      FERNANDIES FRAZIER, WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER, CARSON CITY, NV

**THE COURT HEREBY FINDS** that **SHANNON CARTER, #70773**, is presently in custody of the Nevada Department of Corrections, located at Northern Nevada Correctional Center, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Northern Nevada Correctional Center, or his designee, shall arrange for and produce **SHANNON CARTER, #70773,** on or about Friday, October 7, 2022, at the hour of 8:30 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **SHANNON CARTER, #70773** is released and discharged by the said Court; and that **SHANNON CARTER, #70773**, shall thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center, Carson City, Nevada, under safe and secure conduct.

**DATED** this 27th day of September, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**