AARON D. FORD
Attorney General
CHRIS DAVIS (Bar No. 6616)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants*
*Scherrie Bean, Paul Bitar,*
*Alberto Buencamino, James Dzurenda,*
*Jerry Howell, Jennifer Nash, and*
*Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNON CARTER,<br><br>Plaintiff,<br><br>v.<br><br>S. BEAN, BITAR, and J. NASH, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01628-RFB-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PROPOSED JOINT PRETRIAL ORDER**<br>**(ECF NO. 133)**<br><br>**(FIRST REQUEST)** |

Plaintiff and Defendants, by and through their respective counsels of record, hereby stipulate and agree, to extend the time to file the Proposed Joint Pretrial Order set by this Court's order (ECF No. 133) by two (2) weeks, from January 6, 2023, to **Friday, January 20, 2023**. Plaintiff has prepared an initial draft of the Proposed Joint Pretrial Order, but due to intervening holiday season, Defendants have not yet completed their revisions. The parties stipulate and agree that Defendants shall provide Plaintiff a revised version of the Proposed Joint Pretrial Order no latter than Friday, January 13, 2023.

. . .

. . .

The parties hereby stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

**DATED** this Thursday, January 5, 2023:

By  /s/ *Chris Davis*
Chris Davis, Esq.
Senior Deputy Attorney General
Office of the Nevada Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
P: 702-486-9252
*Attorneys for Defendants*

By:  /s/ *Luke Busby*
Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED: January 9, 2023.

RICHARD E. BOULWARE, II
United States District Court