```
 1  AARON D. FORD
       Attorney General
 2  CHRIS DAVIS (Bar No. 6616)
       Senior Deputy Attorney General
 3  State of Nevada
    Office of the Attorney General
 4  555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89101
 5  (702) 486-9252 (phone)
    (702) 486-3773 (fax)
 6  Email: cwdavis@ag.nv.gov

 7  Attorneys for Defendants
    Scherrie Bean, Paul Bitar,
 8  Alberto Buencamino, James Dzurenda,
    Jerry Howell, Jennifer Nash, and
 9  Brian Williams
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER, | Case No. 2:17-cv-01628-RFB-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| S. BEAN, BITAR, and J. NASH, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendants Scherrie Bean, Paul Bitar, Alberto Buencamino, James Dzurenda, Jerry Howell, Jennifer Nash, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis, Senior Deputy Attorney General, and Plaintiff Shannon Carter, by and through counsel, Luke A. Busby, Esq., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

This Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED this 27th day of March, 2023.

DATED this 1st day of June, 2023.

LUKE A. BUSBY, ESQ

AARON D. FORD
Attorney General

By: *[signature]*
Luke A. Busby, Esq., Bar No. 10319
*Attorneys for Plaintiff*

By: *[signature]*
CHRIS DAVIS, Bar No. 6166
Senior Deputy Attorney General
*Attorneys for Defendants*

By: x *[signature]*
Shannon Carter

IT IS SO ORDERED.

*[signature]*
_____
**UNITED STATES DISTRICT JUDGE**

DATED: June 2, 2023